UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL            'O'

| Case No. | 2:21-cv-09608-CAS-PVCx | Date | May 16, 2022 |
|---|---|---|---|
| Title | New High Limited v. Global Merch Group, LLC | | |

Present: The Honorable    CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present                Not Present

**Proceedings:**   (IN CHAMBERS) – ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

## I.   INTRODUCTION & BACKGROUND

On December 10, 2021, plaintiff New High Limited brought suit in this district against defendant Global Merch Group, LLC. See Dkt. 1 ("Compl."). Plaintiff is a Hong Kong corporation with its principal place of business in Hong Kong, and defendant is an LLC with its principal place of business in Nevada. Id. Plaintiff's complaint alleges that defendant has failed to pay for apparel and personal protective equipment ("PPE") that plaintiff delivered to it, and that defendant wrongfully cancelled purchases for products after plaintiff had already produced them pursuant to contracts entered into with defendant. Id. ¶¶ 8-9. Plaintiff began selling and shipping apparel and PPE to defendant in January 2020. Id. ¶ 6. Plaintiff asserts that each time it delivered products to defendant, it would provide an invoice with information about the products, the payment due, and the instructions for payment. Id. ¶ 7. Plaintiff claims that defendant failed to pay for $1,451,168.49 in apparel and PPE, and that defendant has wrongfully cancelled purchases for $176,797.50 in goods. Id. ¶¶ 8-9. Plaintiff asserts claims for: (1) breach of written contracts; (2) account stated; and (3) goods sold and delivered. Id. at ¶¶ 11-26.

On January 11, 2022, plaintiff requested that the Clerk enter default against defendant for failure to appear or otherwise respond to plaintiff's complaint within the time prescribed by the Federal Rules of Civil Procedure. Dkt. 12. On January 12, 2022, the Clerk entered default against defendant. Dkt. 13.

On February 23, 2022, plaintiff filed a motion for default judgment against defendant. Dkt. 14. On March 14, 2022, defendant filed a motion to set aside the default. Dkt. 15. On April 11, 2022, the Court granted defendant's motion to set aside

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                                 **'O'**

| Case No. | 2:21-cv-09608-CAS-PVCx | Date | May 16, 2022 |
|---|---|---|---|
| Title | New High Limited v. Global Merch Group, LLC | | |

default, on the condition that defendant effectuate payment of the $7,500 in attorneys' fees plaintiff incurred in drafting its motion for default judgment and opposing defendant's motion to set aside default, on or before April 25, 2022.  Dkt. 19.

On April 28, 2022, plaintiff's counsel submitted a declaration stating that "[a]s of April 27, 2022, Defendant had not complied with the [the Court's April 11, 2022 order] in that it had neither paid the $7,500 fee award to Plaintiff, nor made any contact with Plaintiff's counsel to arrange for the payment."  Dkt. 20.  As of the date of this order, defendant has not filed a response to the declaration of plaintiff's counsel.

Accordingly, defendant is hereby **ORDERED TO SHOW CAUSE**, on or before **May 23, 2022**, why default judgment against defendant should not be entered as a result of defendant's failure to pay the Court-imposed attorney fee award on or before the Court-ordered deadline.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |