## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>　　　　Plaintiff/Judgment Creditor,<br><br>v.<br><br>GLOBAL MERCH GROUP, LLC, a Nevada limited liability company,<br><br>　　　　Defendant/Judgment Debtor | Case No. 2:21-cv-09608-CAS-PVCx<br>Hon. Christina A. Snyder<br><br>**AMENDED JUDGMENT** |

　　　On July 26, 2022, the Court entered Default Judgment against Defendant Global Merch Group, LLC (hereinafter "Global Merch (Nevada)") in favor of Plaintiff New High Limited in the sum of $2,539,603.86 (Dkt. No. 28).

　　　On November 5, 2024, Plaintiff filed a Renewed Motion to Amend Judgment to Add Global Med Group, LLC, Mapleton Capital, LLC, and Daniel Guez as Judgment Debtors (Dkt No. 66) (the "Renewed Motion to Amend Judgment").

///

The Court, having considered the Renewed Motion to Amend Judgment and the supporting Memorandum of Points and Authorities, Request for Judicial Notice and Declarations, any opposing papers and the arguments of counsel, and finding good cause therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows**:**

The Judgment in this case is amended to add Global Med Group, LLC, Mapleton Capital, LLC, and Daniel Guez as judgment debtors.

As amended, Judgment is entered in favor of New High Limited against (a) Global Merch Group, LLC, (b) Global Med Group, LLC, (c) Mapleton Capital, LLC, and (d) Daniel Guez, jointly and severally, in the sum of $2,724,093.11, which, pursuant to 28 U.S.C. 1961, includes post-judgement interest at a rate of 3.12% calculated at the weekly average 1-year constant maturity Treasury yield for the week preceding the July 26, 2022 judgment, calculated daily and compounded annually.

The attorneys' fees and costs awarded to New High pursuant to this Court's July 26, 2022 Order remain due and payable by judgment debtors jointly and severally.

**IT IS SO ORDERED.**

Date: January 6, 2025

*[signature: Christina A. Snyder]*

Hon. Christina A. Snyder
United States District Judge