# DECLARATION OF AMY GUEZ

I, Amy Guez, declare as follows:

1. I am an individual over the age of 18. I have personal knowledge of the facts in this declaration and, if called to testify, could and would testify competently to them.

2. I am not a party to this action and I am not a judgment debtor in this matter.

**The Subpoena and Order to Appear**

3. Three days ago, I learned of a subpoena issued at the request of New High Limited and/or its counsel commanding production of documents and related demands. At the same time, I learned of an Order to Appear for Examination of a Third Person in connection with enforcement of a judgment in this action. A true and correct copy of the subpoena and order materials is attached as Exhibit A.

**Separation and Divorce from Daniel Guez**

4. Daniel Guez is my ex-husband. We separated nearly 15 years ago, on April 14, 2011, and have been factually and legally separated continuously since that date.

5. Our marriage was then terminated by divorce judgment in Los Angeles Superior Court case BD 552 247.

6. Despite my separation and divorce, I continue to use the surname Guez for the benefit of my children, all of whom have the last name "Guez." Keeping the same last name as my children made handling issues related to their schools, health care and travel simpler.

**No Relevant Knowledge or Materials**

7. I have had no involvement in the finances of any judgment debtor in this action. I have not handled, managed, controlled, maintained, or directed any financial accounts, records, transactions, or funds for any judgment debtor.

8. I have no knowledge of the finances of Global Med Group, Mapleton Capital, Daniel Guez, or any other entity or person that New High claims is connected to this action or to any judgment debtor. Since our separation in 2011, I have not had access to or involvement with Daniel Guez's business or financial affairs.

9. I do not have in my possession, custody, or control any documents, electronically stored information, or tangible items that are relevant to New High's efforts to enforce or obtain any judgment in this matter, including but not limited to information concerning assets, accounts, transfers, or transactions of any judgment debtor. To the extent the subpoena seeks such materials, I have none.

**The False Claim Regarding Possession "of at least $10,000"**

10. The application/order materials directed to me include an assertion that I have possession or control of property of a judgment debtor described as: "Cash in the amount of at least $10,000.00." That assertion is false. I do not possess or control cash belonging to any judgment debtor in *any* amount, let alone $10,000 or more as New High represented to the Court. I have never possessed such cash of any judgment debtor.

11. Based on my personal knowledge, there is no factual or good faith basis for New High to have represented to this Court that I possess any cash or other property belonging to any judgment debtor. The allegation is not just unfounded; it is completely fabricated.

**Harassment of My Parents, My Children and Me**

12. New High and/or its agents and process servers have repeatedly attempted service and/or undertaken investigative activity at a residence located on Ayrshire Road in Los Angeles. This is my parents' home. I and my two children also reside there.

13. Daniel Guez has no association with, connection to, or residence at my parents' home. He does not live at that address and never has lived there. He does not use the residence as a mailing address. Repeated attempts to serve documents there have disturbed and distressed my parents, me and my children.

14. The subpoena and order to appear impose unnecessary burden on me as a non-party and have caused stress and disruption. I should not be compelled to appear or produce documents where I have no relevant information, and where the order was supported by a false assertion about cash or other assets I do not actually possess.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed on January 23, 2026, at Los Angeles, California.

                                      Amy Guez (Jan 23, 2026 14:07:27 PST)
                                      AMY GUEZ

DECLARATION OF AMY GUEZ    3