# EXHIBIT A



**Michael A. Bowse**

(213) 344-4700
mbowse@bdhch.com
www.bdhch.com
611 Wilshire Blvd., Suite 900
Los Angeles, CA 90017

Lawrence J. Hilton
lhilton@onellp.com
One LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660

Re:   *New High Limited v. Global Merch Group LLC*
      **Demand To Withdraw Subpoena And Vacate Order For Appearance – Amy Guez**

Counsel,

This letter addresses the blatantly improper subpoena and order for appearance your client, New High Limited, obtained for Amy Guez in *New High Limited v. Global Merch Group, LLC*, Case No. 2:21-cv-09608 (C.D. Cal.).

Your conduct—and your client's—reflects a complete disregard for the record, the facts, Rule 11, Rule 45, and the limits of post-judgment discovery. The subpoena and the resulting order must be withdrawn immediately.

### Amy Guez Has No Legal or Factual Connection to Anyone Associated with New High's Judgment

Your subpoena is premised on a fiction. Amy Guez and Daniel Guez are divorced. More importantly, they have been factually and legally separated since April 14, 2011.

For nearly 15 years Amy and Daniel have lived completely separate lives—financially and personally. Amy has had no role whatsoever in Daniel's business activities, including Global Med Group, Mapleton Capital, Global Merch Group, or any other entity remotely connected to New High, this litigation or any judgment New High obtained or seeks to obtain.

She has no documents, no knowledge, and no information relevant to your enforcement efforts—because none exists.

### The Claim That Amy Possesses "Cash in the Amount of at Least $10,000" Belonging to a Judgment Debtor Is False, Baseless, and Reckless

The order your team obtained represents to the Court that Amy Guez possesses: "Cash in the amount of at least $10,000.00" belonging to a judgment debtor.

That assertion is demonstrably false. More importantly, it is a blatant misrepresentation to the Court, made without any good-faith factual basis whatsoever. You and your client knew or should have known this before submitting such a claim. You and your client certainly knew that you possessed no information to support the representation made to the Court – because no such information exists.

If Amy is forced to file a motion to quash, motion for protective order, or any other challenge, she will bring this knowingly false representation directly before the Court as a basis for sanctions against both New High and its counsel.



Michael A. Bowse

(213) 344-4700
mbowse@bdhch.com
www.bdhch.com
611 Wilshire Blvd., Suite 900
Los Angeles, CA 90017

**Your Subpoena Violates Rule 45 and Is Sanctionable**

Your subpoena is:

- Irrelevant – Amy has no responsive information.
- Unduly burdensome – because compliance would serve no purpose.
- Issued for an improper purpose – to pressure, harass, or intimidate someone uninvolved in the case.
- Supported by false statements – namely the fabricated $10,000 allegation.

This is exactly the type of subpoena Rule 45(d)(1) prohibits and subjects to sanctions.

**New High's Harassment of Amy and Her Family Must Stop Immediately**

New High's process servers have repeatedly gone to a residence on Ayrshire Road, which is the home of Amy's father, not Daniel Guez. Daniel Guez has no connection whatsoever to that property. He has never lived there. He has no association of any kind with that address.

Your client's repeated attempts to serve judgment-related documents there constitute harassment, not legitimate service. This conduct must end immediately.

You are hereby demanded to:

1. Withdraw the subpoena to Amy Guez in full,
2. Vacate the Order for Appearance obtained on December 22, 2025 (Document 108)
3. Cease all service attempts or investigative activity at the residence of Amy's father, and
4. Confirm in writing within 48 hours that your client will not again seek discovery from Amy in this matter.

If we do not receive confirmation of each of these things within 48 hours, Amy will immediately proceed with a motion to quash and for protective order. Any such motion will also seek sanctions under Fed. R. Civ. P. 45(d)(1), the Court's inherent authority, and any other applicable authority. There is simply no good faith basis for your harassment of an uninvolved ex-spouse who has no knowledge of anything relevant to the action or enforcement of any judgment in connection with the action. And there certainly is no good faith basis for the fabricated representation you made to the Court in order to obtain an order requiring Amy to appear and give testimony.

So there is no confusion about this matter, attached is a declaration executed by Amy Guez attesting to each of the facts set forth in this letter. Those facts are clear. The law is clear. Your subpoena and order are improper, unsupported, and harassing. Withdraw them now.

Michael Bowse