# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL MERCH GROUP, LLC, a Nevada limited liability company,<br><br>　　　　　Defendant. | Case No. 2:21-cv-09608-CAS-PVCx<br>Hon. Pedro V. Castillo<br><br>**ORDER CONTINUING EXAMINATION OF THIRD PERSON AMY GUEZ RE: ENFORCEMENT OF JUDGMENT** |

**[PROPOSED] ORDER**

Pursuant to the Stipulation between Plaintiff and Judgment Creditor New High Limited and third party Amy Guez, and good cause appearing for the requested relief, the Court hereby ORDERS as follows:

1. Amy Guez's Motion to Vacate Order for Appearance of Third Person (Dkt. No. 113) will be heard on March 10, 2026 at 10:00 a.m. in Courtroom 590 of the above-captioned Court located at 255 E. Temple Street, Los Angeles, California. Any opposition to that Motion shall be filed by February 17, 2026, and any reply in support of that Motion shall be filed by February 24, 2026.

2. The examination of third person Amy Guez pursuant to the Order for Appearance and Examination of Third Person Amy Guez re: Enforcement of Judgment (Dkt. No. 108) is continued to March 10, 2026 at 11:00 a.m. in Courtroom 590 of the above-captioned Court located at 255 E. Temple Street, Los Angeles, California.

**IT IS SO ORDERED.**

Date: 2/09/26

Hon. Pedro V. Castillo
United States Magistrate Judge