LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
ROBERT D. HUNT (Bar No. 247802)
Email: rhunt@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Judgment Creditor,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL MERCH GROUP, LLC, a Nevada limited liability company,<br><br>　　　　Defendant. | Case No. 2:21-cv-09608-CAS-PVC<br>Hon. Pedro V. Castillo<br><br>**DECLARATION OF LAWRENCE J. HILTON IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER TO APPEAR FOR EXAMINATION OF THIRD PERSON AMY GUEZ RE: ENFORCEMENT OF JUDGMENT**<br><br>Date:　March 10, 2026<br>Time:　10:00 a.m.<br>Crtrm:　590 |

**DECLARATION OF LAWRENCE J. HILTON IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER TO APPEAR FOR EXAMINATION**

I, Lawrence J. Hilton, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am a partner of One LLP, and counsel of record for Plaintiff and Judgment Creditor New High Limited ("New High") in this action. I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2. This Declaration is offered in support of New High's Opposition to Motion to Vacate Order to Appear for Examination of Third Person Amy Guez re: Enforcement of Judgment ("Motion to Vacate") (Dkt. No. 113).

3. New High has been trying to take an examination of Judgment Debtor Daniel Guez for nearly a year. (*See, e.g.*, Dkt. Nos. 81, 87.) In fact, in an effort to serve orders for examination on Daniel Guez, One LLP has engaged private investigators, who identified several home and/or business addresses for Daniel Guez, including 11401 Ayrshire Rd., Los Angeles, CA 90049 ("Ayrshire Address"). One LLP also engaged registered process servers associated with those private investigators to serve the orders for examination on Mr. Guez, along with related Rule 45 subpoenas for document production.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Rule 45 Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises in a Civil Action that was served on Amy Guez via personal service on January 20, 2026. (*See* Dkt. No. 110.)

5. When New High filed its request for an order for examination of Amy Guez on December 17, 2025, I was not aware of any divorce proceeding between Amy Guez and Daniel Guez.

6. On October 27, 2022, New High issued a document subpoena to First Republic Bank ("2022 Subpoena") asking for documents related to Judgment Debtor Global Med Group, LLC's bank account. Attached hereto as Exhibit 2 is a true and correct copy of the 2022 Subpoena.

2

**DECLARATION OF LAWRENCE J. HILTON IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER TO APPEAR FOR EXAMINATION**

7. One of the documents that was produced by First Republic Bank in response to the 2022 Subpoena was a record of a bank wire from Judgment Debtor Global Med Group, LLC to Amy Guez in the amount of $10,000.00 ("Wire to Amy Guez"). Attached hereto as Exhibit 3 is a true and correct copy of the Wire to Amy Guez.

8. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of the Custodian of Records for First Republic Bank authenticating the documents produced in response to the 2022 Subpoena, including the Wire to Amy Guez.

9. I obtained my J.D. degree from the University of Texas at Austin in 1991, graduating in the Order of the Coif. I have at least 33 years of experience as a practicing attorney, in both state and federal courts and in arbitrations. I specialize in complex litigation matters, including but not limited to matters involving fraud claims, breach of contract claims, real property claims, and/or breach of fiduciary duty claims. Before joining One LLP, I spent most of my career at the law firms of Gibson, Dunn & Crutcher LLP, O'Melveny & Myers LLP, and O'Neil LLP.

10. My current hourly rate in this case is $500 per hour, which is less than my typical hourly rate. This rate is very reasonable given my experience and background, the complexity of this case, and attorney fee awards and rates for similar work in Los Angeles, California.

11. I reviewed my time entries to date related to the Opposition, and based on those time entries, I have spent at least 1 hour researching and drafting the Opposition and supporting documents. In addition, I anticipate that I will need to spend at least an additional 2 hours reviewing Amy Guez's reply in support of her Motion to Vacate and preparing for and attending the hearing on the Motion to Vacate.

12. Based on my hourly rate of $500 in this action, those combined 3 hours of attorneys' fees total at least $1,500.

13. As stated in the concurrently filed Declaration of Robert D. Hunt, based on his discounted hourly rate of $375 in this action, his 14.7 hours of attorneys' fees total at least $5,512.50.

14. Thus, together, New High has been forced to incur at least $7,012.50 in reasonable attorneys' fees in responding to the Motion to Vacate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of February, 2026, at Kentfield, California.

/s/ Lawrence J. Hilton
Lawrence J. Hilton