# EXHIBIT 3

# Wire Research

| DATA SOURCE | Wires |
|---|---|
| ACCOUNT | █████6345 |
| AMOUNT | $10,000.00 |
| BBI | |
| BENIFICIARY BANK | MUFG UNION BANK, NA |
| BNF | Amy Guez |
| BNF ADDR 1 | 327 Euclid St, Santa Monica, CA 90402 |
| BNF ADDR 2 | |
| BNF ADDR 3 | |
| BNF ID | █████8596 |
| BRANCH ID | 356 |
| COUNTRY CODE | |
| CURRENCY | USD |
| WIRE DATE | 7/30/2020 |
| DIRECTION | Outgoing |
| FAX | |
| FEE | |
| INTERMD BANK | |
| IMAD | 20200730MMQFMPRN004389 |
| MID | K07UE5749QJL1Z0B |
| PAYMENT METHOD | FED |
| MESSAGE STATUS | COMPLETE |
| MESSAGE TYPE | 10 |
| MESSAGE SUBTYPE | 00 |
| OBI | |
| OFFICE | |
| OMAD | 20200730B6B77EBC00166007301505FT03 |
| ORIGINATOR | GLOBAL MED GROUP LLC |
| ORG ADDR 1 | 2419 E 28TH ST |
| ORG ADDR 2 | VERNON-CA-90058 |
| ORG ADDR 3 | |
| ORG ID | █████6345 |
| ORG ID CODE | AC |
| RECV ABA | 122000496 |
| RECV NAME | MUFG UNION BANK, NA |
| REF IMAD | |
| REFERENCE | K07UE5749QJL1Z0B |
| SENDER ABA | 321081669 |
| SENDER NAME | Acct name |
| PAYMENT SOURCE | 356 |
| TIME | 2020-07-30 15:05:26.855 |
| USERID | |
| VALUE DATE | 7/30/2020 |
| BBK ID | 122000496 |
| BBK ADDR 1 | LOS ANGELES |
| BBK ADDR 2 | |
| BBK ADDR 3 | |
| CDT | |
| CUSIP | |
| DBT | |
| EXCHANGE RATE | |
| IBK ADDR 1 | |
| IBK ADDR 2 | |
| IBK ADDR 3 | |
| INITIATOR ID | |
| INS AMOUNT | |
| INSCURCODE | |
| LOCAL INS CODE | |
| OGB | |
| OGB ADDR 1 | |
| OGB ADDR 2 | |
| OGB ADDR 3 | |
| OGB ID | |
| SPREAD | |
| SPREAD AMOUNT | |
| TEMPLATE | |

**CONFIDENTIAL PROPERTY**