LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
ROBERT D. HUNT (Bar No. 247802)
Email: rhunt@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Judgment Creditor,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MERCH GROUP, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:21-cv-09608-CAS-PVC<br>Hon. Pedro V. Castillo<br><br>**DECLARATION OF ROBERT D. HUNT IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER TO APPEAR FOR EXAMINATION OF THIRD PERSON AMY GUEZ RE: ENFORCEMENT OF JUDGMENT**<br><br>Date: March 10, 2026<br>Time: 10:00 a.m.<br>Crtrm: 590 |

**DECLARATION OF ROBERT D. HUNT IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER TO APPEAR FOR EXAMINATION**

I, Robert D. Hunt, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am a partner of One LLP, and counsel of record for Plaintiff and Judgment Creditor New High Limited ("New High") in this action. I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2. This Declaration is offered in support of New High's Opposition ("Opposition") to Motion to Vacate Order to Appear for Examination of Third Person Amy Guez re: Enforcement of Judgment ("Motion to Vacate") (Dkt. No. 113).

3. I obtained my J.D. degree from Stanford Law School in 2006, graduating With Distinction. I was an executive editor of the Stanford Law Review. I have at least 19 years of experience in civil litigation as a practicing attorney, in both state and federal courts and in arbitrations. I specialize in complex litigation matters, including but not limited to matters involving fraud claims, breach of contract claims, real property claims, and breach of fiduciary duty claims. I was an associate and then counsel at O'Melveny & Myers LLP in Los Angeles from 2006 to 2014. I have been a partner at One LLP since 2014, working out of One LLP's Newport Beach office.

4. My hourly rate in this case is currently $375 per hour, which is far less than my typical hourly rate. This rate is very reasonable given my background and experience, the complexity of this case, and attorney fee awards and rates for similar work in Los Angeles, California.

5. I reviewed my time entries to date related to the Opposition, and based on those time entries, I have spent at least 14.7 hours researching and drafting the Opposition and supporting documents.

/ / /

/ / /

2

**DECLARATION OF ROBERT D. HUNT IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER TO APPEAR FOR EXAMINATION**

6.    Based on my discounted hourly rate of $375 in this action, those 14.7 hours of attorneys' fees total at least $5,512.50.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of February, 2026, at Newport Beach, California.

                                      /s/ Robert D. Hunt
                                      Robert D. Hunt

**DECLARATION OF ROBERT D. HUNT IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER TO APPEAR FOR EXAMINATION**