LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
ROBERT D. HUNT (Bar No. 247802)
Email: rhunt@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Judgment Creditor,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MERCH GROUP, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:21-cv-09608-CAS-PVC<br>Hon. Pedro V. Castillo<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER TO APPEAR FOR EXAMINATION OF THIRD PERSON AMY GUEZ RE: ENFORCEMENT OF JUDGMENT**<br><br>Date: March 10, 2026<br>Time: 10:00 a.m.<br>Crtrm: 590 |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER TO APPEAR FOR EXAMINATION**

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff and Judgment Creditor New High Limited hereby requests that the Court take judicial notice of the following facts and documents:

1. Grant deed recorded with the Los Angeles County Clerk-Recorder on May 24, 2022 as Instrument No. 20220558732, stating that "Daniel Guez and Amy Guez, husband and wife as community property [GRANTED] to Jericho Holdings Co, LLC, a California Limited Liability Company By: Mapleton Capital, LLC, a Nevada Limited Liability Company, Member" regarding the real property commonly known as 327 Euclid Street, Santa Monica, CA 90402 ("Euclid Property"), a true and correct certified copy of which is attached hereto as Exhibit A;

2. Grant deed recorded with the Los Angeles County Clerk-Recorder on July 19, 2022 as Instrument No. 20220737055, stating that "Jericho Holding Co, LLC, a California Limited Liability Company, By Mapleton Capital, LLC, a Nevada Limited Liability Company, Member [GRANTED] to Benjamin Rubinfeld and Hannah Rubinfeld, Husband and Wife as Community Property with Right of Survivorship" regarding the Euclid Property, a true and correct certified copy of which is attached hereto as Exhibit B;

3. Register of Actions for the divorce proceeding entitled *Amy Guez v. Daniel Guez*, Los Angeles County Superior Court Case No. BD552247, a true and correct copy of which is attached hereto as Exhibit C.

Dated: February 17, 2026          **ONE LLP**

By: /s/ Lawrence J. Hilton
    Lawrence J. Hilton
    Robert D. Hunt
    Attorneys for Judgment Creditor,
    New High Limited