# EXHIBIT A

**This page is part of your document - DO NOT DISCARD**

# 20220558732



Pages: 0005

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County, California

**05/24/22 AT 08:00AM**

| | |
|---|---:|
| FEES: | 31.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 31.00 |



**LEADSHEET**



202205241010034

00022375706

013428085

SEQ:
02

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**

10260633-66

RECORDING REQUESTED BY:
Pacific Coast Title Company
Order No. 10260633
Escrow No. 05-15028-AF
Parcel No. 4280-009-038

AND WHEN RECORDED MAIL TO:

JERICHO HOLDINGS CO, LLC
801 SOUTH FIGUEROA STREET 25TH FLOOR
LOS ANGELES, CA 90017

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $0 and CITY $0

☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:          ☒ Santa Monica, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Daniel Guez and Amy Guez, husband and wife as community property**

hereby GRANT(S) to

Jericho Holdings Co, LLC, a California Limited Liability Company
By: Mapleton Capital, LLC, a Nevada Limited Liability Company, Member

the following described real property in the County of Los Angeles, State of California:

Legal description attached hereto and made a part hereof as Exhibit "A".

Commonly known as: 327 Euclid Street, Santa Monica, CA 90402

Exempt from fee per GC sec 27388.1 (a) (2); Document represents a transfer of real property that is a residential dwelling to an owner-occupier

"The grantors and the grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property, R & T 11925(D)."

Page 1
GRANT DEED CONTINUED ON PAGE 2

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

Date  May 10, 2022

_____
Daniel Guez

_____
Amy Guez

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles         }S.S.

On May 11, 2022, before me, L.L. Moodie, Notary Public,

personally appeared Daniel Guez and Amy Guez

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature L.L. Moodie          (Seal)



L. L. MOODIE
COMM. #2401082
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires APRIL 17, 2026

## ILLEGIBLE NOTARY SEAL DECLARATION

Government Code 27361.7

I certify under penalty of perjury under the laws of the State of California that the notary seal on the document to which this statement is attached reads as follows:

Name of Notary  L. L. Moodie

Name of County  Los Angeles

Date of Commission Expires  April 17, 2026

Notary Identification Number  2401082

_(signature)_
Signature of person (firm names if any) making verification

Date  May 20, 2022

Location  Orange, CA
(City)
State of California

**PRELIMINARY REPORT**  
**ESCROW NO.:**

**PACIFIC COAST TITLE COMPANY**  
**TITLE NO.: 10260633-OCT-CV**

## LEGAL DESCRIPTION

## EXHIBIT A

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SANTA MONICA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 17 OF BLOCK 8 OF THEPALISADES, IN THE CITY OF SANTA MONICA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 23, PAGE(S) 142 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 4280-009-038

This is a true and certified copy of the record if it bears the seal, imprinted in purple ink, of the Registrar-Recorder/County Clerk

FEB 10 2026

Dean C. Logan
REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA