# EXHIBIT B

**This page is part of your document - DO NOT DISCARD**



**20220737055**



Pages: 0004

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County, California**

**07/19/22 AT 08:00AM**

| | |
|---|---:|
| FEES: | 28.00 |
| TAXES: | 45,085.00 |
| OTHER: | 0.00 |
| PAID: | 45,113.00 |



**LEADSHEET**



202207193950003

00022571232



013549186

**SEQ:**
**01**

SECURE - 8:00AM




**THIS FORM IS NOT TO BE DUPLICATED**

349274

RECORDING REQUESTED BY:
Fidelity National Title
Order No. 00349274
Escrow No. 64002-GJ
Parcel No. 4280-009-038

AND WHEN RECORDED MAIL TO:

BENJAMIN RUBINFELD

327 Euclid Street, Santa Monica, CA 90402,

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $6,985.00 and CITY $38,100.00

☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:   ☒ Santa Monica, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Jericho Holding Co, LLC, a California Limited Liability Company, By Mapleton Capital, LLC, a Nevada Limited Liability Company, Member

Hereby GRANT(S) to

Benjamin Rubinfeld and Hannah Rubinfeld, Husband and Wife as Community Property with Right of Survivorship

the following described real property in the County of Los Angeles, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Commonly known as: 327 Euclid Street, Santa Monica, CA 90402

Date  July 15, 2022

Jericho Holding Co, LLC, a California Limited
Liability Company By Mapleton Capital, LLC, a
Nevada Limited Liability Company, Member

By: Daniel Guez, Authorized Signer

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles         }S.S.

On 07/16/2022, before me, Costin Harnoncourt Notary Public

personally appeared DANIEL GUEZ

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

COSTIN HARNONCOURT
COMM. 2320426
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 27, 2024

Page 2

# EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SANTA MONICA, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 17 OF BLOCK 8 OF THE PALISADES, IN THE CITY OF SANTA MONICA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 23, PAGE(S) 142 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 4280-009-038

This is a true and certified copy of the record if it bears the seal, imprinted in purple ink, of the Registrar-Recorder/County Clerk

FEB 10 2026

Dean C. Logan
REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA