# EXHIBIT C

 Language Access English

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

CASE INFORMATION: BD552247
Case Title: AMY GUEZ VS DANIEL GUEZ
Filing Courthouse: Stanley Mosk Courthouse
Filing Date: 10/3/2011
Case Type: Dissolution w/ Minor Children (General Jurisdiction)
Status: Open on 10/3/2011

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

☐ Print     New Search

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

FISHBEIN GARY   Attorney for Respondent for Respondent
GUEZ AMY        Petitioner
GUEZ DANIEL     Respondent

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| Date | Document | Filed by |
|---|---|---|
| 3/25/2024 | Proof of Service Proof of Service | Filed by |
| 3/22/2024 | Minute Order | Filed by |
| 3/22/2024 | Order - Withdrawal of Attorney of Record | Filed by |
| 3/19/2024 | Remote Appearance - Scheduled | Filed by Respondent |
| 3/7/2024 | Judgment - Status - only | Filed by |
| 3/7/2024 | Notice - Entry of Judgment | Filed by |
| 2/13/2024 | Proof of Service Proof of Service | Filed by |
| 2/13/2024 | Proposed Judgment - FL 180 - Other Proposed Judgment - FL 180 - Other | Filed by Respondent |
| 2/1/2024 | Proof of Service Proof of Service | Filed by |
| 1/30/2024 | Declaration Declaration | Filed by |
| 1/30/2024 | Order - Family-Centered Case Resolution Conference (FAM 112) | Filed by |
| 1/30/2024 | Proposed Order - Withdrawal of Attorney of Record | Filed by |
| 1/30/2024 | RFO/MTN - Withdraw/Be Relieved as Counsel of Record | Filed by Respondent |
| 1/26/2024 | Minute Order | Filed by |
| 1/26/2024 | Proposed Judgment - FL 180 - Other Proposed Judgment - FL 180 - Other | Filed by Respondent |
| 1/25/2024 | Remote Appearance - Scheduled | Filed by Respondent |
| 1/25/2024 | Remote Appearance - Scheduled | Filed by Respondent |
| 12/11/2023 | Declaration - Service of Preliminary Dec. of Disclosure Declaration - Service of Preliminary Dec. of Disclosure | Filed by Respondent |
| 12/11/2023 | Order - Family-Centered Case Resolution Conference (FAM 112) | Filed by |
| 12/11/2023 | Proof of Service Proof of Service | Filed by |
| 12/11/2023 | RFO/MTN - Bifurcation RFO MTN - Request for Bifurcation of the Issue of Martial Status and Entry of Judgment Dussolution | Filed by Respondent |
| 12/8/2023 | Declaration - Service of Preliminary Dec. of Disclosure Declaration - Service of Preliminary Dec. of Disclosure | Filed by Respondent |
| 11/28/2023 | Substitution of Attorney Substitution of Attorney | Filed by Respondent |
| 10/28/2022 | Order - Financial Information (FAM 111) | Filed by |
| 10/27/2022 | Declaration - UCCJEA | Filed by Respondent |
| 10/27/2022 | Proof of Service - Mail Proof of Service - Mail | Filed by |
| 10/27/2022 | Response - Dissolution, Nullity, Legal Separation | Filed by Respondent |
| 10/15/2012 | Declaration - Service of Preliminary Dec. of Disclosure MISSING | Filed by Petitioner |
| 10/24/2011 | Notice - Acknowledgment of Receipt of Pet/Summ; - On Behalf of: Petitioner: Guez, Amy - Signed on 2011-10-12 | Filed by Petitioner |
| 10/3/2011 | Declaration - UCCJEA - On Behalf of: Petitioner: Guez, Amy | Filed by Petitioner |
| 10/3/2011 | Petition - On Behalf of: Petitioner: Guez, Amy | Filed by Petitioner |
| 10/3/2011 | Summons - On Behalf of: Petitioner: Guez, Amy | Filed by Petitioner |

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

3/22/2024 8:30 AM   Department Department 43   RFO - Withdraw/Be Relieved as Counsel of Record   Granted
1/26/2024 8:30 AM   Department Department 43   RFO - Bifurcation                                  Granted

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| Date | Action |
|---|---|
| 3/25/2024 | Proof of Service |
| 3/22/2024 | RFO - Withdraw/Be Relieved as Counsel of Record |
| 3/22/2024 | Order - Withdrawal of Attorney of Record |
| 3/22/2024 | Minute Order |
| 3/19/2024 | Remote Appearance - Scheduled |
| 3/7/2024 | Judgment - Status - only |
| 3/7/2024 | Notice - Entry of Judgment |
| 2/13/2024 | Proof of Service |
| 2/13/2024 | Proposed Judgment - FL 180 - Other |
| 2/1/2024 | Proof of Service |
| 1/30/2024 | Proposed Order - Withdrawal of Attorney of Record |
| 1/30/2024 | RFO/MTN - Withdraw/Be Relieved as Counsel of Record |
| 1/30/2024 | Order - Family-Centered Case Resolution Conference (FAM 112) |
| 1/30/2024 | Declaration |
| 1/26/2024 | RFO - Bifurcation |
| 1/26/2024 | Minute Order |
| 1/26/2024 | Proposed Judgment - FL 180 - Other |
| 1/25/2024 | Remote Appearance - Scheduled |
| 1/25/2024 | Remote Appearance - Scheduled |
| 12/11/2023 | Order - Family-Centered Case Resolution Conference (FAM 112) |
| 12/11/2023 | Declaration - Service of Preliminary Dec. of Disclosure |
| 12/11/2023 | Proof of Service |
| 12/11/2023 | RFO/MTN - Bifurcation |
| 12/8/2023 | Declaration - Service of Preliminary Dec. of Disclosure |
| 11/28/2023 | Substitution of Attorney |
| 10/28/2022 | Order - Financial Information (FAM 111) |
| 10/27/2022 | Declaration - UCCJEA |
| 10/27/2022 | Response - Dissolution, Nullity, Legal Separation |
| 10/27/2022 | Proof of Service - Mail |
| 10/15/2012 | Declaration - Service of Preliminary Dec. of Disclosure |
| 10/24/2011 | Notice - Acknowledgment of Receipt |
| 10/3/2011 | Summons |
| 10/3/2011 | Declaration - UCCJEA |
| 10/3/2011 | Petition |

Back To Top