REPLY DECLARATION OF AMY GUEZ

I, Amy Guez, declare as follows:

1. I am an individual over the age of 18. I have personal knowledge of the facts in this declaration and, if called to testify, could and would testify competently to them.

2. I am not a party to this action and I am not a judgment debtor in this matter.

3. I do not possess, and have not possessed at any time relevant to this proceeding, any cash or other property belonging to any of the judgment debtors in this case. I do not owe any debt to any judgment debtor.

4. I do not possess today any part of the $10,000 payment I received from Global Med Group, LLC in 2020. That payment was not a loan and I do not owe any money to Global Med Group, LLC or any other judgment debtor in connection with that payment.

5. I have never had any intent to hinder, delay, or defraud any creditor, and no one ever asked me to hold or conceal funds or assets for any judgment debtor.

6. In 2022, the residence commonly known as 327 Euclid Street, Santa Monica, California, was transferred into Jericho Holdings Co., LLC for purposes of sale. I owned 50% of Jericho Holdings Co., LLC at that time.

7. I have never owned, and have never had any role in, Mapleton Capital, LLC. I did not transfer any of my assets to Mapleton Capital, LLC, and I did not allow Mapleton Capital, LLC to keep any portion of my share of the sale proceeds from the Euclid property.

8. I do not have in my possession, custody, or control any documents concerning the business or financial affairs, assets, accounts, transfers, or transactions of any judgment debtor. To the extent any subpoena seeks such materials from me, I have none.

9. Even after this Motion and my declaration in support of it were filed, New High's agents and/or process servers have continued to come to my family's home on Ayrshire Road, where I live with my parents and children, attempting to serve or inquire

REPLY DECLARATION OF AMY GUEZ

about Daniel Guez, even though he does not live there and they were told he does not live there.

10. I have no control over Daniel Guez's whereabouts and have not assisted him in avoiding service.

11. To the extent New High suggests that I presently possess or control any property of a judgment debtor, or that I have unique knowledge that could aid judgment enforcement, that suggestion is incorrect. I do not have any such property or knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 24, 2026, at Los Angeles, California.

_____
Amy Guez (Feb 24, 2026 17:19:36 PST)
AMY GUEZ

REPLY DECLARATION OF AMY GUEZ                    2