UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 21-9608 CAS (PVCx)                    Date:  March 11, 2026

Title        New High Limited v. Global Merch Group, LLC

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  CourtSmart 03/10/26  |
| --- | --- |
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff/ Judgment Creditor: | Attorneys Present for Defendants/ Judgment Debtors: |
| --- | --- |
| Robert D. Hunt | None |

**PROCEEDINGS:    AMENDED MINUTES OF JUDGMENT DEBTOR EXAMINATION (Dkt. No. 109); ORDER TO SHOW CAUSE WHY JUDGMENT DEBTOR SHOULD NOT BE HELD IN CONTEMPT; ORDER TO APPEAR FOR EXAMINATION**

The Court hereby STRIKES Dkt. No. 118, which contained an error.

The Court held a hearing on Judgment Debtor's Examination (which had been previously scheduled) on March 10, 2026 at 9:30 a.m. (Dkt. No. 109). Neither Judgment Debtor Daniel Guez, nor his counsel was present. Judgment Creditor's counsel was present and directed the Court to the proof of service. (*See* Dkt. No. 111). There being no communication by Judgment Debtor Daniel Guez and the Court, or counsel, the Court hereby issues an Order to Show Cause why Daniel Guez should not be held in Contempt of Court.

Accordingly, no later than March 23, 2026, Judgment Debtor Guez is ORDERED TO SHOW CAUSE in writing, why he should not be held in contempt for their failure to

---

CV-90 (03/15)                    Civil Minutes – General                    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 21-9608 CAS (PVCx)                          Date:  March 11, 2026

Title        New High Limited v. Global Merch Group, LLC

appear at the March 10 hearing.  Alternatively, Mr. Guez can discharge this Order to Show Cause by appearing in Court at the hearing set below.[1]

Finally, a Judgment Debtor Examination will be held in person on March 24, 2026, at 10:00 a.m. in Judge Castillo's courtroom (590) on the fifth floor of the Edward R. Roybal Federal Building, located at 255 East Temple Street, Los Angeles, CA 90012. Daniel Guez is Ordered to appear on that date and time.

The Courtroom Deputy Clerk shall mail copies of this Order to Mr. Guez at the following addresses:

Daniel Guez                            Mapleton Capital, LLC
11401 Ayrshire Rd.                     c/o Daniel Guez, Managing Member
Los Angeles, CA 90049                  6671 S Las Vegas Blvd., D 210, Las
                                       Vegas, NV, 89119, USA

IT IS SO ORDERED.

|  | 00:10 |
|---|---|
| **Initials of Preparer** | mr |

---

[1] Judgment Creditor requested an arrest warrant for Daniel Guez to issue, pursuant to California Code of Civil Procedure Section 708.170(a)(1)(A).  The Court declines to issue an arrest warrant at this time, but if Mr. Guez fails to appear on March 24, 2026 for the Judgment Debtor Examination, the Court will issue an arrest warrant at that time.