I, MICHAEL A. BOWSE, declare:

1.    I am an attorney licensed to practice law in the State of California and before this Court. I have been engaged by Daniel Guez to represent him in connection with this Application. I have personal knowledge of the facts stated herein and could testify competently thereto if called as a witness.

2.    This declaration is submitted pursuant to Central District of California Local Rules 7-19 and 7-19.1, in support of Mr. Guez's Ex Parte Application to vacate the order requiring him to appear for examination and to discharge the OSC ordered by this Court on March 11, 2026.

3.    On March 18, 2026, at approximately 8:45 a.m. and 9:15 a.m., I notified counsel for New High by email that Mr. Guez will present his ex parte application on March 20, 2026 at 10:00 a.m. in the United States District Court for the Central District of California, before the Hon. Pedro V. Castillo, Courtroom 590.

4.    I stated that the relief sought is an order vacating the order requiring Mr. Guez to appear for examination on March 24, 2026 and discharging the OSC.

5.    The name, address, telephone number and e-mail address of counsel for the opposing party are:

Lawrence J. Hilton
Email: lhilton@onellp.com
Robert D. Hunt
Email: rhunt@onellp.com
One LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

6.    Counsel for New High stated that they intended to oppose the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2026, at Los Angeles, California.

_____
Michael A. Bowse

EX PARTE APPLICATION TO VACATE JUDGMENT DEBTOR EXAM AND DISCHARGE OSC          8