## DECLARATION OF DANIEL GUEZ

I, Daniel Guez, declare as follows:

1. I am an individual over the age of 18. I have personal knowledge of the facts in this declaration and, if called to testify, could and would testify competently to them.

2. I have never been served with any Subpoena, Notice to Appear or other process requiring me to appear for a judgment debtor examination in this action or to give testimony on any other basis in this action.

3. I had no knowledge that I was required to appear for an examination of any kind on March 10, 2026 or on any other date.

4. I do not now, nor have I ever, resided at 11401 Ayrshire Road, Los Angeles, California.

5. I have never used the Ayrshire Road address as my residence, mailing address, office, or business address.

6. I have never directed that any mail intended for me be delivered, forwarded, or sent to that address.

7. I have never represented to any person, entity, or governmental agency that I reside at the Ayrshire Road address.

8. I have not stayed overnight at that address even once.

9. I have no ownership interest in the property, no right to reside there, and no regular presence there.

10. To my knowledge, the Ayrshire Road property is owned by the parents of my ex-wife.

11. If documents intended for me are delivered to or left at the Ayrshire Road address, there is no guarantee that I will be informed about them, let alone receive copies of them.

12. I maintain a separate residence where I routinely receive mail.

13. I have not taken any affirmative steps to evade service of any documents in this action.

---

DECLARATION OF DANIEL GUEZ                                                    1

14.     I was never served with a copy of any motion or request to add me as a judgment debtor in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2026, at Los Angeles, California.

_____
DANIEL GUEZ