LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
ROBERT D. HUNT (Bar No. 247802)
Email: rhunt@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Judgment Creditor,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL MERCH GROUP, LLC, a Nevada limited liability company,<br><br>　　　　Defendant. | Case No. 2:21-cv-09608-CAS-PVC<br>Hon. Pedro V. Castillo<br><br>**DECLARATION OF KELLIE ANGUIANO IN SUPPORT OF JUDGMENT CREDITOR NEW HIGH LIMITED'S OPPOSITION TO JUDGMENT DEBTOR DANIEL GUEZ'S EX PARTE APPLICATION TO VACATE ORDER TO APPEAR FOR EXAMINATION AND TO DISCHARGE OSC** |

**DECLARATION OF KELLIE ANGUIANO**

I, Kellie Anguiano, declare as follows:

1.      I am over the age of eighteen years old.  I am not a party in this action. I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2.      I am a licensed Private Investigator (CA PI 24731) and the President of Horizon Investigation Inc. ("Horizon"), which is a company that provides private investigator services.

3.      In late 2024 and early 2025, One LLP engaged Horizon to, among other things, identify the dwelling house, usual place of abode, usual place of business, or usual mailing address for Daniel Guez.  Based on Credit Header information  (e.g., addresses he has used with creditors for mailing purposes) provided to Horizon as a licensed Private Investigation company, Horizon and I identified Daniel Guez's address as 11401 Ayrshire Rd., Los Angeles, CA 90049 as of January 2025.

4.      In addition, we identified a black Audi, CA plate number 8KMM989, registered to Daniel Guez that was parked at 11401 Ayrshire Rd., Los Angeles, CA 90049 in May 2025.  Attached hereto as Exhibit 1 is a true and correct copy of a Vehicle Registration Report for his Audi.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of March, 2026, at Los Angeles, California.

Kellie Anguiano

2

**DECLARATION OF KELLIE ANGUIANO**