# EXHIBIT 1

## Vehicle Registration Report

**Date Sent:** 5/6/2025 04:43

**As-of Date:** 5/6/2025 16:43                    **Date Of Loss:**

**LIC/VIN Requested:** <mark>8KMM989</mark>

**Zip Code:** None Provided

**License #:** 8KMM989                           **VIN #:** WA1LAAF76KD037614

**Expiration Date:** 6/16/2025                    **Model Year:** 19     **Make:** AUDI

                                                  **Body Type Model:** UT

**Registration Issue Date:** 9/6/2024             **Title Issue Date:** 11/14/2022

| Registered Owner | Lien Holder *(Same if Blank) |
|---|---|
| <mark>GUEZ DANIEL S</mark> | AUDI FNCL SVS<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE<br><br>IL<br>60048 |

### Registration Information

**VLF Class:** SA              ***Year:**      **Fees:** 0000

**Last Transaction Date:**

**Year First Sold:** 19        **Date Of Purchase:**

**License Type:** 11

### Vehicle Information

**Vehicle Type (VEH):** Auto Old        **Motive Power:** Gas

**Cylinders:**          **Axles:**       **Body:** 0        **Unladen Weight:**

**Prorate:**                             **Equipment #:**

### Parking Violations

**Number of Parking Citations:** 3

| Citation Number | Addition Date | Violation Date | Court Code | Bail Amt | Plate x-ref # |
|---|---|---|---|---|---|
| W201614438 | 8/14/2024 | 4/20/2024 | 19347 | $137 | 8KMM989 |
| W200314721 | 8/14/2024 | 5/3/2024 | 19347 | $137 | 8KMM989 |
| W202512078 | 8/14/2024 | 5/4/2024 | 19347 | $137 | 8KMM989 |

**REC Status**

REC STATUS:
03/28/24 SMOG DUE 06/16/27
LIENHOLDER PAPERLESS TITLE U90221117
11/01/2022-ODOMETER: 19,482 MILES ACTUAL MILEAGE