# EXHIBIT 1

**Lauren Thomas**

---

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Friday, January 10, 2025 10:51 AM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-09608-CAS-PVC New High Limited v. Global Merch Group, LLC Judgment |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 1/10/2025 at 10:51 AM PST and filed on 1/6/2025

**Case Name:**     New High Limited v. Global Merch Group, LLC

**Case Number:**     2:21-cv-09608-CAS-PVC

**Filer:**

**WARNING: CASE CLOSED on 07/21/2022**

**Document Number:** 76

**Docket Text:**
**AMENDED JUDGMENT by Judge Christina A. Snyder, in favor of New High Limited against Global Med Group, LLC, Global Merch Group, LLC, Mapleton Capital, LLC, Daniel Guez: IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows: The Judgment in this case is amended to add Global Med Group, LLC, Mapleton Capital, LLC, and Daniel Guez as judgment debtors. As amended, Judgment is entered in favor of New High Limited against (a) Global Merch Group, LLC, (b) Global Med Group, LLC, (c) Mapleton Capital, LLC, and (d) Daniel Guez, jointly and severally, in the sum of $2,724,093.11, which, pursuant to 28 U.S.C. 1961, includes post-judgement interest at a rate of 3.12 percent calculated at the weekly average 1-year constant maturity Treasury yield for the week preceding the July 26, 2022 judgment, calculated daily and compounded annually. The attorneys' fees and costs awarded to New High pursuant to this Court's July 26, 2022 Order remain due and payable by judgment debtors jointly and severally. Related to: JUDGMENT BY DEFAULT [28] (bm)**

**2:21-cv-09608-CAS-PVC Notice has been electronically mailed to:**

Taylor C Foss     info@onellp.com, tfoss@onellp.com, alooper@onellp.com, vsoriano@onellp.com, nlichtenberger@onellp.com, lthomas@onellp.com

Christopher Spencer Skinner     info@onellp.com, alooper@onellp.com, vsoriano@onellp.com, nlichtenberger@onellp.com, lthomas@onellp.com, cskinner@onellp.com

Robert D Hunt    info@onellp.com, alooper@onellp.com, rhunt@onellp.com, vsoriano@onellp.com, nlichtenberger@onellp.com, lthomas@onellp.com

Michael A Bowse    mbowse@bowselawgroup.com

Lawrence J. Hilton    info@onellp.com, alooper@onellp.com, lhilton@onellp.com, vsoriano@onellp.com, nlichtenberger@onellp.com, lthomas@onellp.com

**2:21-cv-09608-CAS-PVC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**