# EXHIBIT 3

**Lauren Thomas**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, January 28, 2025 12:25 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-09608-CAS-PVC New High Limited v. Global Merch Group, LLC Abstract of Judgment issued |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 1/28/2025 at 12:24 PM PST and filed on 1/27/2025

| | |
|---|---|
| **Case Name:** | New High Limited v. Global Merch Group, LLC |
| **Case Number:** | 2:21-cv-09608-CAS-PVC |
| **Filer:** | New High Limited |

**WARNING: CASE CLOSED on 07/21/2022**

**Document Number:** 78

**Docket Text:**
**ABSTRACT of Judgment issued in favor of Plaintiff New High Limited and against Global Merch Group, LLC in the principal amount of $2,539,603.86, interest in the amount of $203,649.07, attorneys fees of $ 1,200.00, costs of $402.00. (shb)**

**2:21-cv-09608-CAS-PVC Notice has been electronically mailed to:**

Christopher Spencer Skinner    cskinner@onellp.com, alooper@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Lawrence J. Hilton    lhilton@onellp.com, alooper@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Michael A Bowse    mbowse@bowselawgroup.com

Robert D Hunt    rhunt@onellp.com, alooper@onellp.com, info@onellp.com, lthomas@onellp.com,

1

nlichtenberger@onellp.com, vsoriano@onellp.com

Taylor C Foss    tfoss@onellp.com, alooper@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

**2:21-cv-09608-CAS-PVC Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\LA21CV9608CAS - ABSTRACT OF JUDGMENT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/28/2025] [FileNumber=39408063-0
] [abf2811b6d87e572c5574de97aaac3a5b735e265f0839f671968f918f98e79b7fa1
d98b6ed7a6206fadd7f02ca0d20b6260b0e98bf17adecde64a2032c8318d5]]