# EXHIBIT 4

LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
TAYLOR C. FOSS (Bar No. 253486)
Email: tfoss@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Judgment Creditor,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL MERCH GROUP, LLC, a Nevada limited liability company, <br><br> Defendant. | Case No. 2:21-cv-09608-CAS-PVC <br> Hon. Christina A. Snyder <br><br> **PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ** |

**PROPOUNDING PARTY:**    Plaintiff/Judgment Creditor New High Limited

**RESPONDING PARTY:**    Judgment Debtor Daniel Guez

**SET NO:**    One (1) [Post-Judgment]

---

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

Plaintiff and Judgment Creditor New High Limited hereby demands pursuant to Rules 34 and 69(a)(2) of the Federal Rules of Civil Procedure that Judgment Debtor Daniel Guez respond in writing to this first set of post-judgment requests for production of documents, and produce all of the documents requested herein which are in its possession, custody, or control, within 30 days of the service of these requests.  Originals of responsive documents shall be produced by electronic mail to lhilton@onellp.com, with copy to lthomas@onellp.com, or physically at the offices of One LLP, 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

## **DEFINITIONS**

As used in these requests, each of the following terms has the meaning set forth below:

1.     The terms "YOU" or "YOUR" means Judgment Debtor Daniel Guez and any PERSON(S) acting or purporting to act for any purpose on his behalf, including, but not limited to, Andreana Bosilcic and Michael Bowse.

2.     "NEW HIGH" refers to Plaintiff and Judgment Creditor New High Limited.

3.     "MAPLETON" means Mapleton Capital, LLC, a Nevada limited liability company.

4.     "GLOBAL MED" means Global Med Group, LLC, a Texas limited liability company.

5.     "AMY" means Amy Guez.

6.     "ANDI" means Andreana Bosilcic.

7.     "DELFERN" means Delfern Holdings LLC, a California limited liability company.

8.     "WESTBURY" means Old Westbury Holdings, LLC a Delaware limited liability company.

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

9.     "DOCUMENT(S)" shall have the same meaning herein as used in Rule 34(a) of the Federal Rules of Civil Procedure, and shall include all "writings and recordings" as that term is defined in Federal Rules of Evidence 1001(1) and (2), all ELECTRONICALLY STORED INFORMATION, and any writing or other tangible thing from which data or information can be obtained (translated if necessary through detection devices into reasonably usable form) and which is in YOUR custody, possession, or control, whether printed, recorded, reproduced by any process, or written or produced by hand, whether or not claimed to be privileged or exempt from production for any reason.  Writings and tangible things that are included within this definition encompass letters, correspondence, electronic mail messages, text messages, tape recordings, reports, agreements, COMMUNICATIONS (including intercompany COMMUNICATIONS), telegrams, memoranda, summaries, forecasts, photographs, models, statistical statements, graphs, laboratory and engineering reports and notebooks, calendars, day-planners, electronic information within handheld organizing devices, charts, plans, manuals, operational guidelines, maintenance schedules, CAD/CAM files, drawings, diagrams, minutes of records of meetings or conferences, expressions or statements of policy, lists of persons attending meetings or conferences, customer lists, reports and/or summaries of interviews, reports and/or summaries or investigations, opinions or reports of consultants, appraisals, records, reports or summaries of negotiations, brochures, pamphlets, advertisements, circulars, trade letters, press releases, drafts, cancelled checks, bank statements, invoices, receipts and originals of promissory notes, surveys, computer printouts, computer disks, photostats, motion pictures, slides, and sketches.  The foregoing list is not an exclusive definition, but is intended to aid YOU in producing the DOCUMENTS.  In addition to the items listed above, any comment or notation appearing on any DOCUMENT, and not part of the original text, is considered a separate DOCUMENT and any draft

3

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

of preliminary form of any DOCUMENT is also considered a separate DOCUMENT.

10.    "ELECTRONICALLY STORED INFORMATION" or "ESI" means any information "stored in any medium," interpreted in the broadest sense permitted by Rule 34 of the Federal Rules of Civil Procedure.  ESI is subsumed in DOCUMENTS and COMMUNICATIONS and each reference to DOCUMENT or COMMUNICATION shall be interpreted, without limitation, as a reference to related ESI.

11.    "PERSON(S)" includes not only natural persons, but also firms, partnerships, associations, corporations, subsidiaries, divisions, departments, joint ventures, proprietorships, syndicates, trusts, groups, and organizations; federal, state, or local governments or government agencies, offices, bureaus, departments, or entities; other legal, business, or government entities; and all subsidiaries, affiliates, divisions, departments, branches, and other units thereof or any combination thereof.  As used herein, any reference to any "PERSON" includes the present and former officers, executives, partners, directors, trustees, employees, attorneys, agents, representatives, and all other persons acting or purporting to act on behalf of the PERSON and also its subsidiaries, affiliates, divisions, and predecessors and successors in interest.

12.    The term "COMMUNICATION(S)" means, without limitation, any transmission, conveyance or exchange of a word, statement, message, fact, thing, idea, DOCUMENT, instruction, information, demand, or question by any medium, whether by written, oral or other means, including but not limited to electronic COMMUNICATIONS, text messages, electronic mail ("email"), and email attachments.

13.    The terms "CONCERNING" or "RELATED TO" shall mean relating to, referring to, concerning, reflecting, evidencing, discussing, embodying, supporting, contradicting, and constituting (in whole or in part).

4

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

14.    The singular of each word shall be construed to include its plural and vice-versa, wherever such dual construction will serve to bring within the scope of these requests any information which would otherwise not be brought within their scope.

15.    The word "each" shall be construed to include "every" and vice versa.

16.    The word "any" shall be construed to include "all" and vice versa.

17.    The present tense shall be construed to include the past tense and vice versa.

18.    The masculine shall be construed to include the feminine and vice versa, wherever such dual construction will serve to bring within the scope of these requests any information which would otherwise not be brought within their scope.

19.    The word "including" shall have its ordinary meaning and shall mean "including but not limited to" and shall not indicate limitation to the examples or items mentioned.

20.    Unless otherwise noted, these requests seek information for the time period from January 1, 2022 to the present.

## **<u>REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

**<u>REQUEST NO. 1:</u>**

DOCUMENTS sufficient to identify YOUR social security number.

**<u>REQUEST NO. 2:</u>**

YOUR complete federal and state tax returns for 2021.

**<u>REQUEST NO. 3:</u>**

If filed separately, AMY's complete federal and state tax returns for 2021.

**<u>REQUEST NO. 4:</u>**

YOUR complete federal and state tax returns for 2022.

**<u>REQUEST NO. 5:</u>**

If filed separately, AMY's complete federal and state tax returns for 2022.

5

**REQUEST NO. 6:**

YOUR complete federal and state tax returns for 2023.

**REQUEST NO. 7:**

If filed separately, AMY's complete federal and state tax returns for 2023.

**REQUEST NO. 8:**

All DOCUMENTS in effect at any time after January 1, 2022, including leases and subleases, evidencing YOUR right to use or occupy the premises located at 11401 Ayrshire Road, Los Angeles, California.

**REQUEST NO. 9:**

Copies of all operating agreements in effect at any time after January 1, 2022 for limited liability companies for which YOU were or are a member or manager.

**REQUEST NO. 10:**

The last 36 months of statements for each bank account on which YOU were a signatory at any time on or after January 1, 2020.

**REQUEST NO. 11:**

The last 36 months of statements for each bank account on which AMY was a signatory at any time on or after January 1, 2020.

**REQUEST NO. 12:**

The last 36 months of statements for each brokerage account maintained in YOUR name, individually or jointly, at any time on or after January 1, 2020.

**REQUEST NO. 13:**

The last 36 months of statements for each brokerage account maintained in AMY's name, individually or jointly, at any time on or after January 1, 2020.

**REQUEST NO. 14:**

The last 36 months of statements for each Individual Retirement Account for which YOU were a beneficiary at any time on or after January 1, 2020.

/ / /

/ / /

6

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

**REQUEST NO. 15:**

The last 36 months of statements for each Individual Retirement Account for which AMY was a beneficiary at any time on or after January 1, 2020.

**REQUEST NO. 16:**

DOCUMENTS sufficient to show YOUR legal or beneficial ownership interest in any real property.

**REQUEST NO. 17:**

DOCUMENTS sufficient to show AMY's legal or beneficial ownership interest in any real property.

**REQUEST NO. 18:**

All DOCUMENTS, including without limitation grant deeds, reflecting YOUR transfer of any legal or beneficial ownership interest in any real property on or after January 1, 2020.

**REQUEST NO. 19:**

All DOCUMENTS, including without limitation grant deeds, reflecting AMY's transfer of any legal or beneficial ownership interest in any real property on or after January 1, 2020.

**REQUEST NO. 20:**

DOCUMENTS sufficient to show YOUR legal or beneficial ownership interest in any motor vehicle.

**REQUEST NO. 21:**

DOCUMENTS sufficient to show AMY's legal or beneficial ownership interest in any motor vehicle.

**REQUEST NO. 22:**

DOCUMENTS sufficient to show YOUR legal or beneficial ownership interest in any boat or watercraft.

/ / /

/ / /

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

**REQUEST NO. 23:**

DOCUMENTS sufficient to show AMY's legal or beneficial ownership interest in any boat or watercraft.

**REQUEST NO. 24:**

DOCUMENTS sufficient to show YOUR legal or beneficial ownership interest in any timeshare.

**REQUEST NO. 25:**

DOCUMENTS sufficient to show AMY's legal or beneficial ownership interest in any timeshare.

**REQUEST NO. 26:**

DOCUMENTS sufficient to show YOUR legal or beneficial ownership interest in any cryptocurrency.

**REQUEST NO. 27:**

DOCUMENTS sufficient to show AMY's legal or beneficial ownership interest in any cryptocurrency.

**REQUEST NO. 28:**

Copies of any transmutation agreement between YOU and AMY.

**REQUEST NO. 29:**

All DOCUMENTS, including all COMMUNICATIONS, RELATED TO any contract to which YOU and Michael Bowse were parties at any time after January 1, 2022.

**REQUEST NO. 30:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any contract (including leases and subleases) to which YOU and DELFERN were parties at any time after January 1, 2022.

/ / /

/ / /

/ / /

8

**REQUEST NO. 31:**

All DOCUMENTS, including all COMMUNICATIONS, RELATED TO any contract (including trademark license agreements, leases and subleases) to which YOU and WESTBURY were parties at any time after January 1, 2022.

**REQUEST NO. 32:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any contract (including leases and subleases) to which YOU and GLOBAL MED were parties at any time after January 1, 2022.

**REQUEST NO. 33:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any contract (including leases and subleases) to which YOU and Global Sewing Solutions LLC were parties at any time after January 1, 2022.

**REQUEST NO. 34:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to MAPLETON on or after May 1, 2021.

**REQUEST NO. 35:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to GLOBAL MED on or after May 1, 2021.

**REQUEST NO. 36:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to AMY on or after May 1, 2021.

**REQUEST NO. 37:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to ANDI on or after May 1, 2021.

9

**REQUEST NO. 38:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to DELFERN on or after May 1, 2021.

**REQUEST NO. 39:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to WESTBURY on or after May 1, 2021.

**REQUEST NO. 40:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to Global Sewing Solutions LLC on or after May 1, 2021.

**REQUEST NO. 41:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to Elizabeth Guez on or after May 1, 2021.

**REQUEST NO. 42:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to Gerard Guez on or after May 1, 2021.

**REQUEST NO. 43:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from MAPLETON on or after May 1, 2021.

**REQUEST NO. 44:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from GLOBAL MED on or after May 1, 2021.

**REQUEST NO. 45:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from AMY on or after May 1, 2021.

**REQUEST NO. 46:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from ANDI on or after May 1, 2021.

**REQUEST NO. 47:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from DELFERN on or after May 1, 2021.

**REQUEST NO. 48:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from WESTBURY on or after May 1, 2021.

**REQUEST NO. 49:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from Global Sewing Solutions LLC on or after May 1, 2021.

**REQUEST NO. 50:**

All Form 1099's YOU received from MAPLETON on or after January 1, 2022.

**REQUEST NO. 51:**

All Form 1099's YOU received from DELFERN on or after January 1, 2022.

**REQUEST NO. 52:**

All Form 1099's YOU received from GLOBAL MED on or after January 1, 2022.

11

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

**REQUEST NO. 53:**

All Form 1099's YOU received from WESTBURY on or after January 1, 2022.

**REQUEST NO. 54:**

All Schedule K-1's YOU received from MAPLETON on or after January 1, 2022.

**REQUEST NO. 55:**

All Schedule K-1's YOU received from GLOBAL MED on or after January 1, 2022.

**REQUEST NO. 56:**

All Schedule K-1's YOU received from DELFERN on or after January 1, 2022.

**REQUEST NO. 57:**

All Schedule K-1's YOU received from WESTBURY on or after January 1, 2022.

**REQUEST NO. 58:**

All Schedule K-1's YOU received from MAPLETON on or after January 1, 2022.

**REQUEST NO. 59:**

All COMMUNICATIONS, including all DOCUMENTS evidencing those COMMUNICATIONS, between YOU and any accountant or bookkeeper who prepared tax returns or financial statements for YOU at any time after January 1, 2022.

**REQUEST NO. 60:**

All DOCUMENTS, including purchase and sale agreements, property disclosures, closing statements and grant deeds, RELATING TO the transfer of YOUR interest in the real property located at 13023 W Sunset Boulevard, Los Angeles, California, on or after April 23, 2018.

12

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

**REQUEST NO. 61:**

All DOCUMENTS, including purchase and sale agreements, property disclosures, closing statements and grant deeds, RELATING TO the transfer of YOUR interest in the real property located at 13043 W Sunset Boulevard, Los Angeles, California, on or after April 23, 2018.

**REQUEST NO. 62:**

All DOCUMENTS, including purchase and sale agreements, property disclosures, closing statements and grant deeds, RELATING TO the transfer of YOUR interest in the real property located at 327 Euclid Street, Santa Monica, California, on or after April 23, 2018.

Dated:  January 23, 2025            **ONE LLP**

By: _____
                                    Lawrence J. Hilton
                                    Taylor C. Foss
                                    Attorneys for Judgment Creditor
                                    New High Limited

13

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

On January 23, 2025, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

*BY EMAIL:*
Michael A. Bowse
**BOWSE LAW GROUP, APC**
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Email: mbowse@bowselawgroup.com

*Attorneys for Defendant/Judgment Debtor,
Global Merch Group, LLC*

*BY PERSONAL DELIVERY:*
Daniel Guez
11401 Ayrshire Rd.
Los Angeles, CA 90049

*Judgment Debtor*

[X]      (BY EMAIL) *(As indicated)*

[X]      (BY PERSONAL DELIVERY) I delivered to NATIONWIDE LEGAL, LLC, a courier service authorized to receive documents to be delivered to the above on the same date. A proof of service signed by the authorized courier will be filed with the court upon request. *(As indicated)*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 23, 2025 at Newport Beach, California.

_____
Lauren R. Thomas

14

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

On January 24, 2025, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

Michael A. Bowse
**BOWSE LAW GROUP, APC**
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Email: mbowse@bowselawgroup.com

*Attorneys for Defendant/Judgment Debtor,*
*Global Merch Group, LLC*

[X]            (BY EMAIL)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 24, 2025 at Newport Beach, California.

_____
Lauren R. Thomas

14

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**