# EXHIBIT 6

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Lawrence J. Hilton, Esq. \| SBN: 156524<br>ONE LLP<br>23 Corporate Plaza, Suite 150-105   Newport Beach, CA 92660 | | |
| TELEPHONE NO.: (949) 502-2870 \| FAX NO. (949) 258-5081 \| E-MAIL ADDRESS *(Optional):* lhilton@onellp.com | | |
| ATTORNEY FOR *(Name):* Plaintiff: New High Limited | | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 350 WEST 1ST STREET | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | |
| BRANCH NAME: WESTERN DIVISION | |

| PLAINTIFF/PETITIONER: New High Limited, a Hong Kong corporation<br>DEFENDANT/RESPONDENT: Global Merch Group, LLC, a Nevada limited liability company | CASE NUMBER:<br>2:21-cv-09608-CAS-PVC |
|---|---|

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>New High Limited/Global Merch Group |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**PLAINTIFF/JUDGMENT CREDITAOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO JUDGMENT DEBTOR DANIEL GUEZ; PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR DANIEL GUEZ**

| | |
|---|---|
| PARTY SERVED: | **Daniel Guez** |
| PERSON SERVED: | **Slipped Under Gate  -** |
| DATE & TIME: | **1/23/2025**<br>**11:47 AM** |
| ADDRESS: | **11401 Ayrshire Rd**<br>**Los Angeles, CA 90049-3005** |

MANNER OF SERVICE:
  **Personal Service - By personally delivering copies.**

Fee for Service: **$ 121.70**
  County:
  Registration No.:
  **Nationwide Legal, LLC Reg: 12-234648**
  **901 W. Civic Center Drive, Suite# 190**
  **Santa Ana, CA 92703**
  **(714) 558-2400**
  **Ref: New High Limited/Global Merch Group**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **January 23, 2025**.

Signature: _____

  **Majid Fallahi**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                 Order#: OC203650/General