# EXHIBIT 7

LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
TAYLOR C. FOSS (Bar No. 253486)
Email: tfoss@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Judgment Creditor,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MERCH GROUP, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:21-cv-09608-CAS-PVC<br>Hon. Christina A. Snyder<br><br>**JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC** |

**PROPOUNDING PARTY:**   Plaintiff/Judgment Creditor New High Limited

**RESPONDING PARTY:**   Judgment Debtor Global Med Group, LLC

**SET NO:**   One (1) [Post-Judgment]

---

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

Plaintiff and Judgment Creditor New High Limited hereby demands pursuant to Rules 34 and 69(a)(2) of the Federal Rules of Civil Procedure that Judgment Debtor Global Med Group, LLC respond in writing to this first set of post-judgment requests for production of documents, and produce all of the documents requested herein which are in its possession, custody, or control, within 30 days of the service of these requests.  Originals of responsive documents shall be produced by electronic mail to lhilton@onellp.com, with copy to lthomas@onellp.com, or physically at the offices of One LLP, 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

## DEFINITIONS

As used in these requests, each of the following terms has the meaning set forth below:

1. The terms "YOU" or "YOUR" means Judgment Debtor Global Med Group, LLC and its predecessor, Global Merch Group, LLC, a Texas limited liability company, any PERSON(S) acting or purporting to act for any purpose on YOUR behalf, including, but not limited to, Daniel Guez, Andreana Bosilcic and Michael Bowse.

2. "NEW HIGH" refers to Plaintiff and Judgment Creditor New High Limited.

3. "MAPLETON" means Mapleton Capital, LLC, a Nevada limited liability company.

4. "DANNY" means Daniel Said Guez.

5. "AMY" means Amy Guez.

6. "ANDI" means Andreana Bosilcic.

7. "DELFERN" means Delfern Holdings LLC, a California limited liability company.

8. "WESTBURY" means Old Westbury Holdings, LLC, a Delaware limited liability company.

2

9.    "DOCUMENT(S)" shall have the same meaning herein as used in Rule 34(a) of the Federal Rules of Civil Procedure, and shall include all "writings and recordings" as that term is defined in Federal Rules of Evidence 1001(1) and (2), all ELECTRONICALLY STORED INFORMATION, and any writing or other tangible thing from which data or information can be obtained (translated if necessary through detection devices into reasonably usable form) and which is in YOUR custody, possession, or control, whether printed, recorded, reproduced by any process, or written or produced by hand, whether or not claimed to be privileged or exempt from production for any reason.  Writings and tangible things that are included within this definition encompass letters, correspondence, electronic mail messages, text messages, tape recordings, reports, agreements, COMMUNICATIONS (including intercompany COMMUNICATIONS), telegrams, memoranda, summaries, forecasts, photographs, models, statistical statements, graphs, laboratory and engineering reports and notebooks, calendars, day-planners, electronic information within handheld organizing devices, charts, plans, manuals, operational guidelines, maintenance schedules, CAD/CAM files, drawings, diagrams, minutes of records of meetings or conferences, expressions or statements of policy, lists of persons attending meetings or conferences, customer lists, reports and/or summaries of interviews, reports and/or summaries or investigations, opinions or reports of consultants, appraisals, records, reports or summaries of negotiations, brochures, pamphlets, advertisements, circulars, trade letters, press releases, drafts, cancelled checks, bank statements, invoices, receipts and originals of promissory notes, surveys, computer printouts, computer disks, photostats, motion pictures, slides, and sketches.  The foregoing list is not an exclusive definition, but is intended to aid YOU in producing the DOCUMENTS.  In addition to the items listed above, any comment or notation appearing on any DOCUMENT, and not part of the original text, is considered a separate DOCUMENT and any draft

3

of preliminary form of any DOCUMENT is also considered a separate DOCUMENT.

10.    "ELECTRONICALLY STORED INFORMATION" or "ESI" means any information "stored in any medium," interpreted in the broadest sense permitted by Rule 34 of the Federal Rules of Civil Procedure.  ESI is subsumed in DOCUMENTS and COMMUNICATIONS and each reference to DOCUMENT or COMMUNICATION shall be interpreted, without limitation, as a reference to related ESI.

11.    "PERSON(S)" includes not only natural persons, but also firms, partnerships, associations, corporations, subsidiaries, divisions, departments, joint ventures, proprietorships, syndicates, trusts, groups, and organizations; federal, state, or local governments or government agencies, offices, bureaus, departments, or entities; other legal, business, or government entities; and all subsidiaries, affiliates, divisions, departments, branches, and other units thereof or any combination thereof.  As used herein, any reference to any "PERSON" includes the present and former officers, executives, partners, directors, trustees, employees, attorneys, agents, representatives, and all other persons acting or purporting to act on behalf of the PERSON and also its subsidiaries, affiliates, divisions, and predecessors and successors in interest.

12.    The term "COMMUNICATION(S)" means, without limitation, any transmission, conveyance or exchange of a word, statement, message, fact, thing, idea, DOCUMENT, instruction, information, demand, or question by any medium, whether by written, oral or other means, including but not limited to electronic COMMUNICATIONS, text messages, electronic mail ("email"), and email attachments.

13.    The terms "CONCERNING" or "RELATED TO" shall mean relating to, referring to, concerning, reflecting, evidencing, discussing, embodying, supporting, contradicting, and constituting (in whole or in part).

4

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

14.    The singular of each word shall be construed to include its plural and vice-versa, wherever such dual construction will serve to bring within the scope of these requests any information which would otherwise not be brought within their scope.

15.    The word "each" shall be construed to include "every" and vice versa.

16.    The word "any" shall be construed to include "all" and vice versa.

17.    The present tense shall be construed to include the past tense and vice versa.

18.    The masculine shall be construed to include the feminine and vice versa, wherever such dual construction will serve to bring within the scope of these requests any information which would otherwise not be brought within their scope.

19.    The word "including" shall have its ordinary meaning and shall mean "including but not limited to" and shall not indicate limitation to the examples or items mentioned.

20.    Unless otherwise noted, these requests seek information for the time period from January 1, 2022 to the present.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**

Complete copies of YOUR current operating agreement.

**REQUEST NO. 2:**

Complete copies of all of YOUR prior operating agreements that were in effect on or after January 1, 2022.

**REQUEST NO. 3:**

YOUR complete federal and state tax returns for 2021.

**REQUEST NO. 4:**

YOUR complete California state sales tax returns for 2021.

PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC

**REQUEST NO. 5:**

YOUR complete federal and state tax returns for 2022.

**REQUEST NO. 6:**

YOUR complete California state sales tax returns for 2022.

**REQUEST NO. 7:**

YOUR complete federal and state tax returns for 2023.

**REQUEST NO. 8:**

YOUR complete California state sales tax returns for 2023.

**REQUEST NO. 9:**

DOCUMENTS sufficient to identify YOUR federal tax identification number.

**REQUEST NO. 10:**

DOCUMENTS sufficient to identify YOUR California state tax identification number.

**REQUEST NO. 11:**

All DOCUMENTS in effect at any time after January 1, 2022, including leases and subleases, evidencing YOUR right to use or occupy the premises located at 954 E. Madison Street, Brownsville, Texas.

**REQUEST NO. 12:**

All DOCUMENTS in effect at any time after January 1, 2022, including leases and subleases, evidencing YOUR right to use or occupy the premises located at 5900 Balcones Dr., Ste. 100, Austin, Texas.

**REQUEST NO. 13:**

All DOCUMENTS in effect at any time after January 1, 2022, including leases and subleases, evidencing YOUR right to use or occupy the premises located at 2419 E. 28th St., Vernon, California.

/ / /

/ / /

/ / /

6

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

**REQUEST NO. 14:**

All DOCUMENTS, including all COMMUNICATIONS, RELATED TO any contract (including leases and subleases) to which YOU and MAPLETON were parties at any time after January 1, 2022.

**REQUEST NO. 15:**

All DOCUMENTS, including all COMMUNICATIONS, RELATED TO any contract (including leases and subleases) to which YOU and DANNY were parties at any time after January 1, 2022.

**REQUEST NO. 16:**

All DOCUMENTS, including all COMMUNICATIONS, RELATED TO any contract (including leases and subleases) to which YOU and AMY were parties at any time after January 1, 2022.

**REQUEST NO. 17:**

All DOCUMENTS, including all COMMUNICATIONS, RELATED TO any contract (including leases and subleases) to which YOU and ANDI were parties at any time after January 1, 2022.

**REQUEST NO. 18:**

All DOCUMENTS, including all COMMUNICATIONS, RELATED TO any contract (including leases and subleases) to which YOU and Michael Bowse were parties at any time after January 1, 2022.

**REQUEST NO. 19:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING  any contract (including leases and subleases) to which YOU and DELFERN were parties at any time after January 1, 2022.

**REQUEST NO. 20:**

All DOCUMENTS, including all COMMUNICATIONS, RELATED TO any contract (including trademark license agreements, leases and subleases) to which YOU and WESTBURY were parties at any time after January 1, 2022.

7

**REQUEST NO. 21:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any contract (including leases and subleases) to which YOU and Global Sewing Solutions LLC were parties at any time after January 1, 2022.

**REQUEST NO. 22:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any factoring agreements to which YOU were a party on or after January 1, 2022.

**REQUEST NO. 23:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to MAPLETON on or after May 1, 2021.

**REQUEST NO. 24:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to DANNY on or after May 1, 2021.

**REQUEST NO. 25:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to AMY on or after May 1, 2021.

**REQUEST NO. 26:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to ANDI on or after May 1, 2021.

**REQUEST NO. 27:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to DELFERN on or after May 1, 2021.

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

**REQUEST NO. 28:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to WESTBURY on or after May 1, 2021.

**REQUEST NO. 29:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to Global Sewing Solutions LLC on or after May 1, 2021.

**REQUEST NO. 30:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to Elizabeth Guez on or after May 1, 2021.

**REQUEST NO. 31:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU made to Gerard Guez on or after May 1, 2021.

**REQUEST NO. 32:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from MAPLETON on or after May 1, 2021.

**REQUEST NO. 33:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from DANNY on or after May 1, 2021.

**REQUEST NO. 34:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from AMY on or after May 1, 2021.

9

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

**REQUEST NO. 35:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from ANDI on or after May 1, 2021.

**REQUEST NO. 36:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from DELFERN on or after May 1, 2021.

**REQUEST NO. 37:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from WESTBURY on or after May 1, 2021.

**REQUEST NO. 38:**

All DOCUMENTS, including all COMMUNICATIONS, evidencing or CONCERNING any transfer of money YOU received from Global Sewing Solutions LLC on or after May 1, 2021.

**REQUEST NO. 39:**

All Form 1099's YOU issued to MAPLETON on or after January 1, 2022.

**REQUEST NO. 40:**

All Form 1099's YOU issued to DANNY on or after January 1, 2022.

**REQUEST NO. 41:**

All Form 1099's YOU issued to AMY on or after January 1, 2022.

**REQUEST NO. 42:**

All Form 1099's YOU issued to ANDI on or after January 1, 2022.

**REQUEST NO. 43:**

All Form 1099's YOU issued to DELFERN on or after January 1, 2022.

**REQUEST NO. 44:**

All Form 1099's YOU issued to DANNY on or after January 1, 2022.

10

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

**REQUEST NO. 45:**

All Form 1099's YOU issued to WESTBURY on or after January 1, 2022.

**REQUEST NO. 46:**

All Schedule K-1's YOU issued to MAPLETON on or after January 1, 2022.

**REQUEST NO. 47:**

All Schedule K-1's YOU issued to DANNY on or after January 1, 2022.

**REQUEST NO. 48:**

All Schedule K-1's YOU issued to AMY on or after January 1, 2022.

**REQUEST NO. 49:**

All Schedule K-1's YOU issued to ANDI on or after January 1, 2022.

**REQUEST NO. 50:**

All Schedule K-1's YOU issued to DELFERN on or after January 1, 2022.

**REQUEST NO. 51:**

All Schedule K-1's YOU issued to DANNY on or after January 1, 2022.

**REQUEST NO. 52:**

All Schedule K-1's YOU issued to WESTBURY on or after January 1, 2022.

**REQUEST NO. 53:**

All Schedule K-1's YOU issued to Michael Bowse on or after January 1, 2022.

**REQUEST NO. 54:**

All Schedule K-1's YOU issued to Bowse Law Group, APC on or after January 1, 2022.

**REQUEST NO. 55:**

The latest thirty-six (36) months of statements for each bank account held under YOUR name at any time during the time period from May 1, 2021 to the present.

/ / /

/ / /

11

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

**REQUEST NO. 56:**

The latest thirty-six (36) months of statements for each bank account held under YOUR name at any time during the time period from May 1, 2021 to the present.

**REQUEST NO. 57:**

The latest thirty-six (36) months of statements for each bank account held under the name Global Merch Group, LLC at any time during the time period from May 1, 2021 to the present.

**REQUEST NO. 58:**

The latest thirty-six (36) months of statements for each bank account held under DELFERN's name at any time during the time period from May 1, 2021 to the present.

**REQUEST NO. 59:**

The latest thirty-six (36) months of statements for each bank account held under WESTBURY's name at any time during the time period from May 1, 2021 to the present.

**REQUEST NO. 60:**

All COMMUNICATIONS, including all DOCUMENTS evidencing those COMMUNICATIONS, between YOU and any accountant or bookkeeper who prepared tax returns or financial statements for YOU at any time after January 1, 2022.

**REQUEST NO. 61:**

All DOCUMENTS YOU, or anyone working on YOUR behalf, filed with the Texas Secretary of State from January 1, 2022 to the present.

**REQUEST NO. 62:**

All DOCUMENTS YOU, or anyone working on YOUR behalf, filed with the California Secretary of State from January 1, 2022 to the present.

12

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

**REQUEST NO. 63:**

DOCUMENTS sufficient to identify YOUR members from January 1, 2022 to the present.

**REQUEST NO. 64:**

DOCUMENTS sufficient to identify YOUR managers from January 1, 2022 to the present.

**REQUEST NO. 65:**

DOCUMENTS sufficient to identify YOUR officers from January 1, 2022 to the present.

**REQUEST NO. 66:**

YOUR accounts receivable statements for each month from January 2022 to the present.

**REQUEST NO. 67:**

YOUR accounts payable statements for each month from January 2022 to the present.

**REQUEST NO. 68:**

All DOCUMENTS reflecting YOUR accounts receivable aging during the time period from January 2022 to the present.

**REQUEST NO. 69:**

All DOCUMENTS evidencing or reflecting YOUR inventory at any time between January, 2022 and the present.

Dated:  January 23, 2025                    **ONE LLP**

By: _____
        Lawrence J. Hilton
        Taylor C. Foss
        Attorneys for Judgment Creditor
        New High Limited

13

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

On January 23, 2025, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

*BY EMAIL:*                                   *BY PERSONAL DELIVERY:*
Michael A. Bowse                         Global Med Group, LLC
**BOWSE LAW GROUP, APC**          c/o Daniel Guez
811 Wilshire Blvd., 17th Floor       11401 Ayrshire Rd.
Los Angeles, CA 90017                 Los Angeles, CA 90049
Email: mbowse@bowselawgroup.com

*Attorneys for Defendant/Judgment Debtor,*          *Judgment Debtor*
*Global Merch Group, LLC*

[X]          (BY EMAIL) *(As indicated)*

[X]          (BY PERSONAL DELIVERY) I delivered to NATIONWIDE LEGAL, LLC, a courier service authorized to receive documents to be delivered to the above on the same date.  A proof of service signed by the authorized courier will be filed with the court upon request. *(As indicated)*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 23, 2025 at Newport Beach, California.

_____
Lauren R. Thomas

14

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

On January 24, 2025, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

Michael A. Bowse
**BOWSE LAW GROUP, APC**
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Email: mbowse@bowselawgroup.com

*Attorneys for Defendant/Judgment Debtor,*
*Global Merch Group, LLC*


[X]            (BY EMAIL)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 24, 2025 at Newport Beach, California.

_____
Lauren R. Thomas

14

**PLAINTIFF/JUDGMENT CREDITOR'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**