# EXHIBIT 8

LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
TAYLOR C. FOSS (Bar No. 253486)
Email: tfoss@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation, | Case No. 2:21-cv-09608-CAS-PVC<br>Hon. Christina A. Snyder |
| Plaintiff, | **PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC** |
| v. | |
| GLOBAL MERCH GROUP, LLC, a Nevada limited liability company, | |
| Defendant. | |

**PROPOUNDING PARTY:**   Plaintiff/Judgment Creditor New High Limited

**RESPONDING PARTY:**   Judgment Debtor Global Med Group, LLC

**SET NO:**   One (1) [Post-Judgment]

Plaintiff and Judgment Creditor New High Limited requests that Judgment Debtor Global Med Group, LLC respond fully and in writing in accordance with Rules 33 and 69(a)(2) of the Federal Rules of Civil Procedure to each of the following post-judgment interrogatories within thirty (30) days from the date of service hereof.

## **DEFINITIONS**

As used in these Interrogatories, each of the following terms has the meaning set forth below:

1.      "YOU" and "YOUR" mean Judgment Debtor Global Med Group, LLC and its predecessor, Global Merch Group, LLC, a Texas limited liability company.

2.      "NEW HIGH" refers to Plaintiff and Judgment Creditor New High Limited.

3.      "MAPLETON" means Mapleton Capital, LLC, a Nevada limited liability company.

4.      "DANNY" means Daniel Said Guez.

5.      "AMY" means Amy Guez.

6.      "ANDI" means Andreana Bosilcic.

7.      "DELFERN" means Delfern Holdings LLC, a California limited liability company.

8.      "WESTBURY" means Old Westbury Holdings, LLC, a Delaware limited liability company.

9.      "DOCUMENT(S)" shall have the same meaning herein as used in Rule 34(a) of the Federal Rules of Civil Procedure, and shall include all "writings and recordings" as that term is defined in Federal Rules of Evidence 1001(1) and (2), all ELECTRONICALLY STORED INFORMATION, and any writing or other tangible thing from which data or information can be obtained (translated if necessary through detection devices into reasonably usable form) and which is in YOUR

**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

custody, possession, or control, whether printed, recorded, reproduced by any process, or written or produced by hand, whether or not claimed to be privileged or exempt from production for any reason.  Writings and tangible things that are included within this definition encompass letters, correspondence, electronic mail messages, text messages, tape recordings, reports, agreements, COMMUNICATIONS (including intercompany COMMUNICATIONS), telegrams, memoranda, summaries, forecasts, photographs, models, statistical statements, graphs, laboratory and engineering reports and notebooks, calendars, day-planners, electronic information within handheld organizing devices, charts, plans, manuals, operational guidelines, maintenance schedules, CAD/CAM files, drawings, diagrams, minutes of records of meetings or conferences, expressions or statements of policy, lists of persons attending meetings or conferences, customer lists, reports and/or summaries of interviews, reports and/or summaries or investigations, opinions or reports of consultants, appraisals, records, reports or summaries of negotiations, brochures, pamphlets, advertisements, circulars, trade letters, press releases, drafts, cancelled checks, bank statements, invoices, receipts and originals of promissory notes, surveys, computer printouts, computer disks, photostats, motion pictures, slides, and sketches.  The foregoing list is not an exclusive definition, but is intended to aid YOU in producing the DOCUMENTS.  In addition to the items listed above, any comment or notation appearing on any DOCUMENT, and not part of the original text, is considered a separate DOCUMENT and any draft of preliminary form of any DOCUMENT is also considered a separate DOCUMENT.

10.    "ELECTRONICALLY STORED INFORMATION" or "ESI" means any information "stored in any medium," interpreted in the broadest sense permitted by Rule 34 of the Federal Rules of Civil Procedure.  ESI is subsumed in DOCUMENTS and COMMUNICATIONS and each reference to DOCUMENT or

3

**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

COMMUNICATION shall be interpreted, without limitation, as a reference to related ESI.

11.    "PERSON(S)" includes not only natural persons, but also firms, partnerships, associations, corporations, subsidiaries, divisions, departments, joint ventures, proprietorships, syndicates, trusts, groups, and organizations; federal, state, or local governments or government agencies, offices, bureaus, departments, or entities; other legal, business, or government entities; and all subsidiaries, affiliates, divisions, departments, branches, and other units thereof or any combination thereof.  As used herein, any reference to any "PERSON" includes the present and former officers, executives, partners, directors, trustees, employees, attorneys, agents, representatives, and all other persons acting or purporting to act on behalf of the PERSON and also its subsidiaries, affiliates, divisions, and predecessors and successors in interest.

12.    The term "COMMUNICATION(S)" means, without limitation, any transmission, conveyance or exchange of a word, statement, message, fact, thing, idea, DOCUMENT, instruction, information, demand, or question by any medium, whether by written, oral or other means, including but not limited to electronic COMMUNICATIONS, text messages, electronic mail ("email"), and email attachments.

13.    The term "RELATED TO" shall mean relating to, referring to, concerning, reflecting, evidencing, discussing, embodying, supporting, contradicting, and constituting (in whole or in part).

14.    The singular of each word shall be construed to include its plural and vice-versa, wherever such dual construction will serve to bring within the scope of these interrogatories any information which would otherwise not be brought within their scope.

15.    The word "each" shall be construed to include "every" and vice versa.

16.    The word "any" shall be construed to include "all" and vice versa.

4

17.     The present tense shall be construed to include the past tense and vice versa.

18.     The masculine shall be construed to include the feminine and vice versa, wherever such dual construction will serve to bring within the scope of these interrogatories any information which would otherwise not be brought within their scope.

19.     The word "including" shall have its ordinary meaning and shall mean "including but not limited to" and shall not indicate limitation to the examples or items mentioned.

20.     Unless otherwise noted, these interrogatories seek information for the time period from January 1, 2022 to the present.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

State the bank name, routing number and account number for each bank account into  which YOU have deposited money at any time since January 1, 2022.

**INTERROGATORY NO. 2:**

State the bank name, routing number and account number for each bank account from   which YOU transferred money at any time since January 1, 2022.

**INTERROGATORY NO. 3:**

Identify the name, address, telephone number and email address of each PERSON to whom YOU were indebted at any time since January 1, 2022.

**INTERROGATORY NO. 4:**

Identify the name, address, telephone number and email address of each PERSON who was indebted to YOU at any time since January 1, 2022.

/ / /

/ / /

/ / /

5

**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

**<u>INTERROGATORY NO. 5:</u>**

Identify the name, address, telephone number and email address of each PERSON (excluding non-executive employees) to whom YOU transferred funds in an amount of $1,000 or more since January 1, 2022.

**<u>INTERROGATORY NO. 6:</u>**

Identify the date, amount and purpose of each transfer of funds YOU made to DANNY since January 1, 2022.

**<u>INTERROGATORY NO. 7:</u>**

Identify the date, amount and purpose of each transfer of funds YOU made to AMY since January 1, 2022.

**<u>INTERROGATORY NO. 8:</u>**

Identify the date, amount and purpose of each transfer of funds YOU made to ANDI since January 1, 2022.

**<u>INTERROGATORY NO. 9:</u>**

Identify the date, amount and purpose of each transfer of funds YOU made to MAPLETON since January 1, 2022.

**<u>INTERROGATORY NO. 10:</u>**

Identify the date, amount and purpose of each transfer of funds YOU made to DELFERN since January 1, 2022.

**<u>INTERROGATORY NO. 11:</u>**

Identify the date, amount and purpose of each transfer of funds YOU made to WESTBURY since January 1, 2022.

**<u>INTERROGATORY NO. 12:</u>**

Identify the date, amount and purpose of each transfer of funds YOU made to Michael Bowse since January 1, 2022.

/ / /

/ / /

/ / /

6

**INTERROGATORY NO. 13:**

Identify the name, address, telephone number and email address of each PERSON who prepared any federal or state tax return for YOU since January 1, 2022.

**INTERROGATORY NO. 14:**

Identify the name, address, telephone number and email address of each PERSON who was one of YOUR members at any time January 1, 2022.

**INTERROGATORY NO. 15:**

Identify the name, address, telephone number and email address of each PERSON who was one of YOUR managers at any time January 1, 2022.

Dated:  January 23, 2025                         **ONE LLP**

By: _____
Lawrence J. Hilton
Taylor C. Foss
Attorneys for Plaintiff,
New High Limited

7

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

On January 23, 2025, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

*BY EMAIL:*
Michael A. Bowse
**BOWSE LAW GROUP, APC**
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Email: mbowse@bowselawgroup.com

*Attorneys for Defendant/Judgment Debtor, Global Merch Group, LLC*

*BY PERSONAL DELIVERY:*
Global Med Group, LLC
c/o Daniel Guez
11401 Ayrshire Rd.
Los Angeles, CA 90049

*Judgment Debtor*

[X]     (BY EMAIL) *(As indicated)*

[X]     (BY PERSONAL DELIVERY) I delivered to NATIONWIDE LEGAL, LLC, a courier service authorized to receive documents to be delivered to the above on the same date. A proof of service signed by the authorized courier will be filed with the court upon request. *(As indicated)*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 23, 2025 at Newport Beach, California.

_____
Lauren R. Thomas

8
**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

On January 24, 2025, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**

Michael A. Bowse
**BOWSE LAW GROUP, APC**
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Email: mbowse@bowselawgroup.com

*Attorneys for Defendant/Judgment Debtor,*
*Global Merch Group, LLC*

[X]          (BY EMAIL)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 24, 2025 at Newport Beach, California.

_____
Lauren R. Thomas

8

**PLAINTIFF/JUDGMENT CREDITOR NEW HIGH LIMITED'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO JUDGMENT DEBTOR GLOBAL MED GROUP, LLC**