# EXHIBIT 9

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Lawrence J. Hilton, Esq. | SBN: 156524
ONE LLP
23 Corporate Plaza Suite 150-105   Newport Beach, CA 92660

TELEPHONE NO.: (949) 502-2870 | FAX NO. (949) 258-5081 | E-MAIL ADDRESS *(Optional):* lhilton@onellp.com
ATTORNEY FOR *(Name):* Plaintiff: New High Limited

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 350 WEST 1ST STREET
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: WESTERN DIVISION

PLAINTIFF/PETITIONER: New High Limited, a Hong Kong corporation
DEFENDANT/RESPONDENT: Global Merch Group, LLC, a Nevada limited liability company

CASE NUMBER:
2:21-cv-09608-CAS-PVC

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.: New High Limited/Global Merch Group |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Plaintiff/Judgment Creditor New High Limited's First Set of Post-Judgment Interrogatories to Judgment Debtor Global Med Group, LLC; Plaintiff/Judgment Creditor New High Limited's First Set of Post-Judgment Requests for Production of Documents to Judgment Debtor Global Med Group, LLC**

PARTY SERVED:   **Global Med Group, LLC, c/o Daniel Guez**

PERSON SERVED:   **Slipped Under Gate  -**

DATE & TIME:   **1/23/2025**
**11:47 AM**

ADDRESS:   **11401 Ayrshire Rd**
**Los Angeles, CA 90049-3005**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: **$ 76.20**
County:
Registration No.:

**Nationwide Legal, LLC Reg: 12-234648**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**Ref: New High Limited/Global Merch Group**

I declare under penalty of perjury under the laws of the
The State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on **January 23, 2025**.

Signature:_____

**Majid Fallahi**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: OC203651/General