# EXHIBIT 12

**Lauren Thomas**

---

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Thursday, June 5, 2025 10:30 AM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-09608-CAS-PVC New High Limited v. Global Merch Group, LLC Motion for Judgment Debtor Exam |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Hilton, Lawrence on 6/5/2025 at 10:29 AM PDT and filed on 6/5/2025

| | |
|---|---|
| **Case Name:** | New High Limited v. Global Merch Group, LLC |
| **Case Number:** | 2:21-cv-09608-CAS-PVC |
| **Filer:** | New High Limited |

**WARNING: CASE CLOSED on 07/21/2022**

**Document Number:** 83

**Docket Text:**
**APPLICATION for Judgment Debtor Exam as to Daniel Guez filed by Plaintiff New High Limited. (Attachments: # (1) Proposed Order) (Hilton, Lawrence)**

**2:21-cv-09608-CAS-PVC Notice has been electronically mailed to:**

Christopher Spencer Skinner    cskinner@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Lawrence J. Hilton    lhilton@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Michael A Bowse    mbowse@bowselawgroup.com

1

Robert D Hunt    rhunt@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Taylor C Foss    tfoss@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

**2:21-cv-09608-CAS-PVC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\20250605 - Application for JDE (CV-4P) - Daniel Guez.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/5/2025] [FileNumber=40264947-0]
[b0d14f2c7e762054c257e93b6b0c9ee43bab55dab803e1a2b157093d04cf8a333bdf
67be3e515c1081720b6417195e25758b0368c36ee2351c69204e2b49862f]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\20250605 - Prop Order for JDE (CV-4P) - Guez.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/5/2025] [FileNumber=40264947-1]
[697a55990d6126e5884ccb05a146f1845df17686d02d355e8232e0bb34963ea0fbf4
6fba9891100474be95c63651c505377498dc99db4f57d838e5a9fc691b15]]