# EXHIBIT 14

**Lauren Thomas**

---

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, July 14, 2025 12:23 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-09608-CAS-PVC New High Limited v. Global Merch Group, LLC Motion for Judgment Debtor Exam |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Hilton, Lawrence on 7/14/2025 at 12:23 PM PDT and filed on 7/14/2025

| | |
|---|---|
| **Case Name:** | New High Limited v. Global Merch Group, LLC |
| **Case Number:** | 2:21-cv-09608-CAS-PVC |
| **Filer:** | New High Limited |

**WARNING: CASE CLOSED on 07/21/2022**

**Document Number:** 90

**Docket Text:**
**APPLICATION for Judgment Debtor Exam as to Daniel Guez filed by Plaintiff/Judgment Creditor New High Limited. (Attachments: # (1) Proposed Order) (Hilton, Lawrence)**

**2:21-cv-09608-CAS-PVC Notice has been electronically mailed to:**

Christopher Spencer Skinner    cskinner@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Lawrence J. Hilton    lhilton@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Michael A Bowse    mbowse@bowselawgroup.com

Robert D Hunt    rhunt@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Taylor C Foss    tfoss@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

**2:21-cv-09608-CAS-PVC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\20250714 - Application for JDE (CV-4P) - Daniel Guez.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512919-0
] [579767dcc99968a088b4d10c67a75c27a683a5c0efaaa72eab7fb0019f3bda44473
56c1c7b322392cb7f4baa8f5dba22e1ae05a337394e0dea616c1a60fbd538]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\20250714 - Prop Order for JDE (CV-4P) - Guez.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512919-1
] [7c6abf9dee2eb930da42faa934a508cac9532940e1b97982849326a7927402211b0
acfb76e1e1000c94be6aed8d7ec0aae546066d91b0b16eae7376453ee86cd]]

2