# EXHIBIT 16

**Lauren Thomas**

---

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, September 9, 2025 2:06 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-09608-CAS-PVC New High Limited v. Global Merch Group, LLC Motion for Judgment Debtor Exam |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Hilton, Lawrence on 9/9/2025 at 2:05 PM PDT and filed on 9/9/2025

| | |
|---|---|
| **Case Name:** | New High Limited v. Global Merch Group, LLC |
| **Case Number:** | 2:21-cv-09608-CAS-PVC |
| **Filer:** | New High Limited |

**WARNING: CASE CLOSED on 07/21/2022**

**Document Number:** 97

**Docket Text:**
**APPLICATION for Judgment Debtor Exam as to Daniel Guez filed by Plaintiff/Judgment Creditor New High Limited. (Attachments: # (1) Proposed Order) (Hilton, Lawrence)**

**2:21-cv-09608-CAS-PVC Notice has been electronically mailed to:**

Christopher Spencer Skinner    CSkinner@RossLLP.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, sgh@rossllp.com, vsoriano@onellp.com

Lawrence J. Hilton    lhilton@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Michael A Bowse    mbowse@bdhch.com

Robert D Hunt    rhunt@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Taylor C Foss    tfoss@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

**2:21-cv-09608-CAS-PVC Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\20250909 - Application for JDE (CV-4P) - Daniel Guez.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/9/2025] [FileNumber=40893825-0]
[102cdae7dd97b1e960aee814a6f1c44e3871926acc3a31ea61f146e88fd4b232a4ae
4a06634384d2ea7e5624da8e8a06456a691730dd3c69c9a0d4797ac31283]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\20250909 - Prop Order for JDE (CV-4P) - Guez.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/9/2025] [FileNumber=40893825-1]
[23b829fa43bb834a37cdb51b0ab5d9a0eef93d3415f606dcf0c55daaff1840353f2e
daae132284bf4919f7701d33c4d92c2a6aea5a2977ba40d8534034be8a26]]