# EXHIBIT 18

**Lauren Thomas**

---

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Wednesday, December 17, 2025 4:48 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:21-cv-09608-CAS-PVC New High Limited v. Global Merch Group, LLC Motion for Judgment Debtor Exam

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Hilton, Lawrence on 12/17/2025 at 4:47 PM PST and filed on 12/17/2025

**Case Name:**    New High Limited v. Global Merch Group, LLC
**Case Number:**    2:21-cv-09608-CAS-PVC
**Filer:**    New High Limited
**WARNING: CASE CLOSED on 07/21/2022**
**Document Number:** 104

**Docket Text:**
**APPLICATION for Judgment Debtor Exam as to Daniel Guez filed by Plaintiff and Judgment Creditor New High Limited. (Attachments: # (1) Proposed Order) (Hilton, Lawrence)**

**2:21-cv-09608-CAS-PVC Notice has been electronically mailed to:**

Lawrence J. Hilton    lhilton@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Michael A Bowse    mbowse@bdhch.com

Robert D Hunt    rhunt@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

1

Taylor C Foss     tfoss@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

**2:21-cv-09608-CAS-PVC Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\20250909 - Application for JDE (CV-4P) - Daniel Guez.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/17/2025] [FileNumber=41559830-0] [4755068cb7ba66320e6f70cb19785a06ae8c2e2366f9fd476497faf4ac21b016ac 1ac5fc82872f909feb4b78602e82dcd9682dd8fb08ec29436591af5ca26f49]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\20250909 - Prop Order for JDE (CV-4P) - Guez.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/17/2025] [FileNumber=41559830-1] [aa3b8a1a45c990953ff9b73a3c164100686d9d1d45a85fa3eb14e265be630464cf 73e56b42c3f41f56aab55182519184fce12b5910a71bd85aeaca0da04e2e7d]]