# EXHIBIT 20

## Lauren Thomas

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, July 14, 2025 12:18 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-09608-CAS-PVC New High Limited v. Global Merch Group, LLC Motion for Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Hilton, Lawrence on 7/14/2025 at 12:18 PM PDT and filed on 7/14/2025

| | |
|---|---|
| **Case Name:** | New High Limited v. Global Merch Group, LLC |
| **Case Number:** | 2:21-cv-09608-CAS-PVC |
| **Filer:** | New High Limited |

**WARNING: CASE CLOSED on 07/21/2022**

**Document Number:** 89

**Docket Text:**
**EX PARTE APPLICATION for Order for Granting Leave to Serve Judgment Debtor Daniel Guez with Order to Appear for Examination of Judgment Debtor and Rule 45 Subpoena for Production of Documents by Substitute Service and Mail filed by Plaintiff/Judgment Creditor New High Limited. (Attachments: # (1) Memorandum of Points and Authorities, # (2) Declaration of Lawrence J. Hilton, # (3) Exhibit 1, # (4) Exhibit 2, # (5) Declaration of Robert D. Hunt, # (6) Exhibit A, # (7) Exhibit B, # (8) Proposed Order, # (9) Proof of Service) (Hilton, Lawrence)**

**2:21-cv-09608-CAS-PVC Notice has been electronically mailed to:**

Christopher Spencer Skinner    cskinner@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Lawrence J. Hilton    lhilton@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

1

Michael A Bowse    mbowse@bowselawgroup.com

Robert D Hunt    rhunt@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Taylor C Foss    tfoss@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

**2:21-cv-09608-CAS-PVC Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\20250714 - Ntc and EPA to Sub Serve JDE Order on Guez.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512852-0
] [859406b6d7d25ce0989c60c74393f4834b0a999ca42d61266448c51966ef65fc475
c7a47395d2ffafa643a159edcbc1fc8e5b05cec07f2d2ba4c84899b7c697c]]
**Document description:**Memorandum of Points and Authorities
**Original filename:**C:\fakepath\20250714 - Memo ISO EPA.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512852-1
] [842a683b0b427e6bad6bf03c6c82a148eae758580de78a43895f57744cab45f5cca
14fc71525141ec7371b9a8acb7f60638b21550922457de358233fcf84749d]]
**Document description:**Declaration of Lawrence J. Hilton
**Original filename:**C:\fakepath\20250714 - Hilton Decl ISO EPA.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512852-2
] [aaa444f4f6380239507dd6dcc04d721e0ba6b3dba85cb8242c328cd31ad3c5e9b23
73b11eed3f6d48b3c635a72be93d3a23ad5f6607166257fe79f7fa38b1169]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\Hilton Decl Exh 1.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512852-3
] [5ae680b9d35069427a660de23f0469d121768d426b5b0d5e9fe95a8496dbd747603
079b80e6bd18bbd0b59a15b34a6e814172ab6d5d46594f900ce39cec0494a]]
**Document description:**Exhibit 2
**Original filename:**C:\fakepath\Hilton Decl Exh 2.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512852-4
] [5bab4000d538e200e82084c7f82dca6a0466bdddd708bd3de0dc5868c6627060b01
8db5e166ef0a3ad4628493a82252da57a939bd9ecf52425262ce70b9b2cf5]]
**Document description:**Declaration of Robert D. Hunt
**Original filename:**C:\fakepath\20250714 - Hunt Decl ISO EPA.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512852-5
] [a68218f33432b46fd19543f0045cc136c7ed96ff69817617d11917a3a8c73a32fd4

6b5d5211548601734e2addd2c96c91ec2c7600464839df581ced8c32c5dab]]

**Document description:**Exhibit A

**Original filename:**C:\fakepath\Hunt Decl Exh A.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512852-6
] [39520ffa86b07e4432da0e241c22576c4e5472d57b243d14a4d5ee2a2ba8629c64e
d3a8d893c1292dcb949828495d703c9163bc1bc9a2087f9ce12fa4d63a9d2]]

**Document description:**Exhibit B

**Original filename:**C:\fakepath\Hunt Decl Exh B.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512852-7
] [5238b530f481c7cdf25ae9d62acca6f508eb9397c62740c34524188029a9c8a965d
49a09631e728333985139aed8f1bb96338865bb27a1a33b3ad244a6191963]]

**Document description:**Proposed Order

**Original filename:**C:\fakepath\20250714 - PO re EPA.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512852-8
] [3ffc169bc47a30c34aae3b4d76b0e10a7009c7a10afe02baf7a68495c45058663f2
ad284829669df81d140d61bd7009812d48766f75fa8f486b7ee6585a21ba1]]

**Document description:** Proof of Service

**Original filename:**C:\fakepath\20250714 - POS re EPA.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=7/14/2025] [FileNumber=40512852-9
] [b706209bfdb9afdf149dcd02c435b05ad880b0e454778a7f2cb0ddc9503cba70b54
828379fce478cefeb97a37998ceee09eb264c841109db9a869ca21db5eb5f]]