# EXHIBIT 26

LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
ALEC SCHULMAN (Bar No. 336491)
Email: aschulman@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Defendant and Counterclaimant,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GLOBAL MED GROUP, LLC, a Texas limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> NEW HIGH LTD., a Hong Kong corporation, <br><br> Defendant. <br><br>――――――――――――――――― <br> AND RELATED COUNTERCLAIMS | Case No. 2:22-cv-06031-CAS-PVC <br><br> **COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ** |

**PROPOUNDING PARTY:**   Counterclaimant New High Limited

**RESPONDING PARTY:**   Counter-Defendant Daniel Guez

**SET NO:**   One (1)

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

Defendant and Counterclaimant New High Limited requests that Counter-Defendant Daniel Guez respond fully, in writing and under oath, in accordance with Rule 36 of the Federal Rules of Civil Procedure, to each of the following requests for admission, within thirty (30) days from the date of service hereof.

## **DEFINITIONS**

As used in these requests, each of the following terms has the meaning set forth below:

1.      "YOU" and "YOUR" mean Counter-Defendant Daniel Guez.

2.      "GLOBAL MED" means Plaintiff and Counter-Defendant Global Med Group, LLC.

3.      "NEW HIGH" means Defendant and Counterclaimant New High Limited.

4.      "BOSILCIC" means Counter-Defendant Andreana Bosilcic.

5.      "DELFERN" means Counter-Defendant Delfern Holdings, LLC.

6.      "MAPLETON" means Counter-Defendant Mapleton Capital, LLC.

7.      "COMPLAINT" means the Complaint GLOBAL MED filed in this action on August 24, 2022.

8.      "PPE" has the meaning as defined in the COMPLAINT.

9.      "ADVENTIST HEALTH" means the entity described in Paragraph 12 of the COMPLAINT.

10.    "NIOSH" has the meaning as defined in Paragraph 17 of the COMPLAINT.

11.    "OTHER GOODS" has the meaning as used in Paragraph 9 of the COMPLAINT.

12.    Unless otherwise noted, "MEMBER(S)" has the meaning as defined in Tex. Bus. Orgs. Code § 101.102.

2

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

13.     Unless otherwise noted, "MANAGER(S)" has the meaning as defined in Tex. Bus. Orgs. Code § 101.302.

14.     "GLOBAL MERCH ACTION" means the action entitled *New High Limited v. Global Merch Group, LLC*, filed in the United States District Court for the Central District of California, Case No. 2:21-cv-09608-CAS-PVC.

15.     "MOTION TO QUASH" means the document filed in the GLOBAL MERCH ACTION on August 4, 2022 entitled "Notice of Motion and Motion to Quash Subpoenas to First Republic Bank and Bank of America (FRCP 45(c))."

16.     "REPLY" means the document filed in the GLOBAL MERCH ACTION on August 30, 2022 entitled "Non-Party Global Med Group, LLC's Reply in Support of Motion to Quash Subpoenas to First Republic Bank and Bank of America."

17.     "REASONABLY EQUIVALENT VALUE" has the same meaning as used in California Civil Code section 3439.08(a).

18.     "VALUE" has the same meaning as used in California Civil Code section 3439.08(b)(1)(B)(i).

19.     "TRANSFER" has the meaning as defined in California Civil Code section 3439.01(m).

20.     The word "each" shall be construed to include "every" and vice versa.

21.     The word "any" shall be construed to include "all" and vice versa.

22.     The present tense shall be construed to include the past tense and vice versa.

23.     The masculine shall be construed to include the feminine and vice versa, wherever such dual construction will serve to bring within the scope of these requests any information which would otherwise not be brought within their scope.

24.     The word "including" shall have its ordinary meaning and shall mean "including but not limited to" and shall not indicate limitation to the examples or items mentioned.

3

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

## REQUESTS FOR ADMISSION

**REQUEST NO. 1:**

Admit that at all times since April 22, 2020, YOU have been a MEMBER of GLOBAL MED.

**REQUEST NO. 2:**

Admit that at all times since April 22, 2020, YOU have been a MANAGER of GLOBAL MED.

**REQUEST NO. 3:**

Admit that at all times since April 22, 2020, BOSILCIC has been a MEMBER of GLOBAL MED.

**REQUEST NO. 4:**

Admit that at all times since April 22, 2020, BOSILCIC has been a MANAGER of GLOBAL MED.

**REQUEST NO. 5:**

Admit that YOU authorized the filing of the MOTION TO QUASH.

**REQUEST NO. 6:**

Admit that YOU authorized the filing of the REPLY.

**REQUEST NO. 7:**

Admit that in the REPLY, GLOBAL MED represented to the Court that "Med has already cured its prior failure to file statements with the Texas state comptroller."

**REQUEST NO. 8:**

Admit that GLOBAL MED's representation to the Court in the REPLY that "Med has already cured its prior failure to file statements with the Texas state comptroller" was untrue.

**REQUEST NO. 9:**

Admit that as of December 28, 2022, GLOBAL MED's status with the Texas Secretary of State is "Forfeited existence."

4

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

**REQUEST NO. 10:**

Admit that Global Med Group, LLC is a Texas limited liability company originally formed on May 14, 2019 as Global Merch Group, LLC.

**REQUEST NO. 11:**

Admit that on April 22, 2020, Global Merch Group, LLC, a Texas limited liability company, changed its name to Global Med Group, LLC.

**REQUEST NO. 12:**

Admit that prior to April 22, 2020, Global Merch Group, LLC, a Texas limited liability company, conducted business using the name Global Med Group.

**REQUEST NO. 13:**

Admit that prior to April 22, 2020, Global Merch Group, LLC, a Texas limited liability company, issued purchase orders to NEW HIGH with a logo displaying the name Global Med Group.

**REQUEST NO. 14:**

Admit that prior to April 22, 2020, Global Merch Group, LLC, a Texas limited liability company, entered into contracts using the name Global Med Group.

**REQUEST NO. 15:**

Admit that after April 22, 2020, GLOBAL MED continued to use the name Global Merch Group, LLC in commerce.

**REQUEST NO. 16:**

Admit that after April 22, 2020, GLOBAL MED used the name Global Merch Group, LLC on purchase orders issued to NEW HIGH.

**REQUEST NO. 17:**

Admit that after April 22, 2020, GLOBAL MED issued purchase orders to NEW HIGH that included the following terms:

**Shipping Address**
Global Merch Group LLC
2419 E 28th St
Vernon CA 90058
United States

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

**REQUEST NO. 18:**

Admit that after April 22, 2020, GLOBAL MED entered into contracts using the name Global Merch Group, LLC.

**REQUEST NO. 19:**

Admit that after April 22, 2020, GLOBAL MED entered into financing agreements using the name Global Merch Group, LLC.

**REQUEST NO. 20:**

Admit that after April 22, 2020, GLOBAL MED granted liens on its assets using the name Global Merch Group, LLC.

**REQUEST NO. 21:**

Admit that GLOBAL MED issued purchase orders to NEW HIGH displaying both "Global Med Group" and "Global Merch Group, LLC" on the same purchase order.

**REQUEST NO. 22:**

Admit that GLOBAL MED received PPE from NEW HIGH after January 1, 2020.

**REQUEST NO. 23:**

Admit that GLOBAL MED received invoices from NEW HIGH for PPE delivered after January 1, 2020.

**REQUEST NO. 24:**

Admit that GLOBAL MED did not pay the full amounts reflected in the invoices from NEW HIGH for PPE delivered after January 1, 2020.

**REQUEST NO. 25:**

Admit that GLOBAL MED received OTHER GOODS from NEW HIGH after January 1, 2020.

**REQUEST NO. 26:**

Admit that GLOBAL MED received invoices from NEW HIGH for OTHER GOODS delivered after January 1, 2020.

6

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

**REQUEST NO. 27:**

Admit that GLOBAL MED did not pay the full amounts reflected in the invoices from NEW HIGH for OTHER GOODS delivered after January 1, 2020.

**REQUEST NO. 28:**

Admit that if any PPE provided by NEW HIGH failed to conform with GLOBAL MED'S specifications, GLOBAL MED would have had the right under California Commercial Code section 2601 to reject the nonconforming PPE.

**REQUEST NO. 29:**

Admit that GLOBAL MED did not reject any of the alleged "fake" N95 masks provided by NEW HIGH.

**REQUEST NO. 30:**

Admit that NEW HIGH never represented that the masks it was selling to GLOBAL MED met NIOSH N95 classification standards.

**REQUEST NO. 31:**

Admit that on multiple occasions NEW HIGH told YOU in writing that the masks it was selling to GLOBAL MED did not have NIOSH approval.

**REQUEST NO. 32:**

Admit that on March 29, 2020, YOU received an email from kahin@new-high.com including a Declaration of Conformity from Shenzhen Huacetong Testing and Certification Co., Ltd. for the N95 masks NEW HIGH was to provide to GLOBAL MED.

**REQUEST NO. 33:**

Admit that on March 29, 2020, YOU received an email from kahin@new-high.com including a Bacterial Filtration Efficiency (BFE) and Differential Pressure (Delta P) Final Report from Nelson Labs for the masks to be supplied by NEW HIGH.

/ / /

/ / /

7

**REQUEST NO. 34:**

Admit that on March 29, 2020, YOU received an email from kahin@new-high.com including the following statement:

Dear Danny:
The N95 samples from HK factory still on their way, already arrived LA, but still in clearance.
But please confirm we can sign the contract with the factory to secure the 1 million N95 mask supply, I afraid if we don't sign the contract within these 2 days, the capacity will gone.

**REQUEST NO. 35:**

Admit that on March 30, 2020, YOU responded to the March 29, 2020 email from kahin@new-high.com, set forth in the previous Request, with an email including the following statement:  "Sign it !!!"

**REQUEST NO. 36:**

Admit that on April 2, 2020, YOU received an email from kahin@new-high.com including the following statement:

Dear Danny:
Yes, will sign contract with the factory.
Can you also have Andi send PO for this N95 from HK too. Its Normal N95 with NO NIOSH.

**REQUEST NO. 37:**

Admit that on April 2, 2020, YOU received an email from kahin@new-high.com including the following statement: "Kindly reminder: N95 from HK have FDA approval **but no NIOSH**."

**REQUEST NO. 38:**

Admit that on April 3, 2020, YOU received an email from kahin@new-high.com including the following statement:

Dear Danny:  N95 from HK only have FDA, they are working on the NIOSH but still pending to get approved.  ALSO no 510K.

/ / /

/ / /

8

COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR
ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ

**REQUEST NO. 39:**

Admit that on April 8, 2020, NEW HIGH shipped 1200 sample masks to GLOBAL MED at 2840 East 11th Street, Los Angeles.

**REQUEST NO. 40:**

Admit that on April 8, 2020, NEW HIGH provided GLOBAL MED with a Fiscal Year 2020 FDA Certification of Registration for the sample masks it provided to YOU.

**REQUEST NO. 41:**

Admit that on April 24, 2020 Richard Delgado (r.delgado@gmgllc.com) sent an email to Kahin at NEW HIGH including the following statement:

> Hello Kahin
> Can you please send me spec sheet/product details for N95 mask.
> Information needed:
> Inner box size
> Inner box photos
> Case pack size
> Case pack photo
> How many cases on pallet
> Product details
> Best regards
> Richard

**REQUEST NO. 42:**

Admit that as of April 24, 2020, Richard Delgado was one of GLOBAL MED'S employees.

**REQUEST NO. 43:**

Admit that as of April 24, 2020, Richard Delgado was authorized to communicate with NEW HIGH on GLOBAL MED'S behalf.

**REQUEST NO. 44:**

Admit that on May 1, 2020, Richard Delgado received an email from kahin@new-high.com attaching a copy of a GTT Test Report dated March 10, 2020 for the masks to be supplied by NEW HIGH.

/ / /

/ / /

9

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

**REQUEST NO. 45:**

Admit that on May 1, 2020, Richard Delgado received an email from kahin@new-high.com including a Bacterial Filtration Efficiency (BFE) and Differential Pressure (Delta P) Final Report from Nelson Labs for the N95 masks to be supplied by NEW HIGH.

**REQUEST NO. 46:**

Admit that YOU represented to ADVENTIST HEALTH that the masks supplied by NEW HIGH had been approved by NIOSH as meeting its "N95" classification standard.

**REQUEST NO. 47:**

Admit that when YOU represented to ADVENTIST HEALTH that the masks supplied by NEW HIGH had been approved by NIOSH as meeting its "N95" classification standard, YOU knew that representation was false.

**REQUEST NO. 48:**

Admit that after February 1, 2021, GLOBAL MED made TRANSFERS to YOU.

**REQUEST NO. 49:**

Admit that GLOBAL MED made TRANSFERS to YOU after February 1, 2021 without receiving REASONABLY EQUIVALENT VALUE in return.

**REQUEST NO. 50:**

Admit that GLOBAL MED made TRANSFERS to YOU after February 1, 2021 without receiving VALUE in return.

**REQUEST NO. 51:**

Admit that after February 1, 2021, GLOBAL MED made TRANSFERS to BOSILCIC.

**REQUEST NO. 52:**

Admit that GLOBAL MED made TRANSFERS to BOSILCIC after February 1, 2021 without receiving REASONABLY EQUIVALENT VALUE in return.

10

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

**REQUEST NO. 53:**

Admit that GLOBAL MED made TRANSFERS to BOSILCIC after February 1, 2021 without receiving VALUE in return.

**REQUEST NO. 54:**

Admit that after February 1, 2021, GLOBAL MED paid personal expenses for YOU without reimbursement.

**REQUEST NO. 55:**

Admit that after February 1, 2021, GLOBAL MED made the payments for YOUR Audi without reimbursement.

**REQUEST NO. 56:**

Admit that after February 1, 2021, GLOBAL MED paid personal expenses for BOSILCIC without reimbursement.

**REQUEST NO. 57:**

Admit that YOU are an officer of MAPLETON.

**REQUEST NO. 58:**

Admit that YOU are a member (as that term is defined in Nev. Rev. Stat. Ann. § 86.081) of MAPLETON.

**REQUEST NO. 59:**

Admit that YOU are a manager (as that term is defined in Nev. Rev. Stat. Ann. § 86.071) of MAPLETON.

**REQUEST NO. 60:**

Admit that BOSILCIC is a member (as that term is defined in Nev. Rev. Stat. Ann. § 86.081) of MAPLETON.

**REQUEST NO. 61:**

Admit that BOSILCIC is a manager (as that term is defined in Nev. Rev. Stat. Ann. § 86.071) of MAPLETON.

**REQUEST NO. 62:**

Admit that BOSILCIC is a managing member of MAPLETON.

11

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

**REQUEST NO. 63:**

Admit that GLOBAL MED knew that YOU were an officer of MAPLETON when GLOBAL MED made the TRANSFERS to MAPLETON.

**REQUEST NO. 64:**

Admit that GLOBAL MED knew that BOSILCIC was an officer of MAPLETON when GLOBAL MED made the TRANSFERS to MAPLETON.

**REQUEST NO. 65:**

Admit that GLOBAL MED made the TRANSFERS to MAPLETON with the intent to hinder GLOBAL MED'S creditors.

**REQUEST NO. 66:**

Admit that GLOBAL MED made the TRANSFERS to MAPLETON with the intent to delay GLOBAL MED's creditors.

**REQUEST NO. 67:**

Admit that GLOBAL MED made the TRANSFERS to MAPLETON with the intent to defraud GLOBAL MED's creditors.

**REQUEST NO. 68:**

Admit that at least some of the funds GLOBAL MED used to make the TRANSFERS to MAPLETON were subsequently transferred to YOU.

**REQUEST NO. 69:**

Admit that at least some of the funds GLOBAL MED used to make the TRANSFERS to MAPLETON were subsequently transferred to BOSILCIC.

Dated:  January 6, 2023          **ONE LLP**

By: _____

Lawrence J. Hilton
Alec Schulman
Attorneys for Defendant and Counterclaimant,
New High Limited

12

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR
ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

On January 6, 2023, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**

Michael A. Bowse
**BOWSE LAW GROUP, APC**
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Email: mbowse@bowselawgroup.com

*Attorneys for Plaintiff/Counter-Defendant Global Med Group, LLC, and Counter-Defendants Daniel Guez, Andreana Bosilcic, Delfern Holdings, LLC, and Mapleton Capital, LLC*

[X]         (BY EMAIL)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 6, 2023 at Newport Beach, California.

_____
Lauren R. Thomas

---

13

**COUNTERCLAIMANT NEW HIGH LIMITED'S FIRST SET OF REQUESTS FOR ADMISSION TO COUNTER-DEFENDANT DANIEL GUEZ**