# EXHIBIT 28

**Lauren Thomas**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, November 5, 2024 1:10 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-09608-CAS-PVC New High Limited v. Global Merch Group, LLC Motion to Amend/Correct |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Hilton, Lawrence on 11/5/2024 at 1:10 PM PST and filed on 11/5/2024

| | |
|---|---|
| **Case Name:** | New High Limited v. Global Merch Group, LLC |
| **Case Number:** | 2:21-cv-09608-CAS-PVC |
| **Filer:** | New High Limited |

**WARNING: CASE CLOSED on 07/21/2022**

**Document Number:** 66

**Docket Text:**
**Renewed NOTICE OF MOTION AND MOTION to AMEND Default Judgment,, [28] *to add Global Med Group, LLC, Mapleton Capital, LLC, and Daniel Guez as Judgment Debtors* filed by Plaintiff/Judgment Creditor New High Limited. Motion set for hearing on 12/23/2024 at 10:00 AM before Judge Christina A. Snyder. (Attachments: # (1) Memorandum of Points and Authorities, # (2) Declaration of Lawrence J. Hilton, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E, # (8) Proposed Amended Judgment) (Hilton, Lawrence)**

**2:21-cv-09608-CAS-PVC Notice has been electronically mailed to:**

Christopher Spencer Skinner    cskinner@onellp.com, alooper@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Lawrence J. Hilton    lhilton@onellp.com, alooper@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Michael A Bowse    mbowse@bowselawgroup.com

Robert D Hunt    rhunt@onellp.com, alooper@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

Taylor C Foss    tfoss@onellp.com, alooper@onellp.com, info@onellp.com, lthomas@onellp.com, nlichtenberger@onellp.com, vsoriano@onellp.com

**2:21-cv-09608-CAS-PVC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\20241105 - NOM and Renewed Mtn to Amend Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/5/2024] [FileNumber=38954719-0
] [85bb5d4371905c1ecc18c90a7d715329b8ef1948da7564d0317f87ca0a6e563f1b7
74e591a700e107a2e83d4136d9f59767812268de394a82e8443e5a7bbcd9a]]
**Document description:**Memorandum of Points and Authorities
**Original filename:**C:\fakepath\20241105 - Memo ISO Renewed Mtn to Amend Judgment (final).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/5/2024] [FileNumber=38954719-1
] [ab0f75002c1b3094b13b893a024f33eef4172bf96ed9d8e3a5f1da4d6a58466b1ea
50b98ac816d2bb976cb2ea5096c47d86cc94bc4734a257275a5396654baf3]]
**Document description:**Declaration of Lawrence J. Hilton
**Original filename:**C:\fakepath\20241105 - Hilton Decl ISO Renewed Mtn to Amend Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/5/2024] [FileNumber=38954719-2
] [56fa1a68e77372e20df6910aff8b3a0a334056eddc20a6b8671a9d55ff3a84af8c8
76dcf548c56ab3f09f93a80758c1912037737bdc159d7987f66b7e206cd6d]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/5/2024] [FileNumber=38954719-3
] [6503b5c09836be8f6a704005bbfec087b0d77acc9cb3e74d412ca6f09e6d37880b5
d83d65c5c4202adfb24c73623d1773d82daf0f1e7ba2f6eba72a530668b1e]]
**Document description:**Exhibit B
**Original filename:**C:\fakepath\Exhibit B.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/5/2024] [FileNumber=38954719-4
] [0fee781541f28b3ee366ed81bd5d8fde9021bdb5f701babbd5936e9037673b2b902
c71b8a0c70b6bedaaeffa90b5b39b7f7359f4a71183ba6a646d15e17ff18d]]
**Document description:**Exhibit C
**Original filename:**C:\fakepath\Exhibit C.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/5/2024] [FileNumber=38954719-5

] [3b2d27a0c01c1fbe8ff059de2a8ce8235d15011b1ea5ff65af227457c446ad51f62 f19c6f9f96f03a42fcbdd79bc3f36a262be5e482b1a086e55dd6a54db6a1b]]

**Document description:**Exhibit D

**Original filename:**C:\fakepath\Exhibit D.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=11/5/2024] [FileNumber=38954719-6 ] [2da229061b800cbbda7b13dfe08b2b5f4e3c703f970e95c65ee43f0b55de27a0a8e eb0076d582fac370474ea833a3e59a79f113594b31b2858a3a701e07b8296]]

**Document description:**Exhibit E

**Original filename:**C:\fakepath\Exhibit E.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=11/5/2024] [FileNumber=38954719-7 ] [9c391100dbc21fe1388a5971c7a61836e6b0f0b25b3542b0c082872248100b5d636 e16ed47675f77ae03e356b9a692ba70c6393bc87fe88c62a4790d7b63d1ba]]

**Document description:** Proposed Amended Judgment

**Original filename:**C:\fakepath\20241105 - Prop Amended Judgment.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=11/5/2024] [FileNumber=38954719-8 ] [19dbaab0689c80f1a89839bfc114a6354f4ce4e65101ea0938ceb1017db06aaff94 7a04b6b9d27775b4a6717f08c4aa9987dd88217b946ca72395934a937bf11]]