# EXHIBIT 30

**Lauren Thomas**

| | |
|---|---|
| **From:** | CASChambers <CAS_Chambers@cacd.uscourts.gov> |
| **Sent:** | Monday, January 6, 2025 8:12 AM |
| **To:** | Chris Skinner; Larry Hilton; mbowse@bowselawgroup.com; Robert Hunt; Taylor Foss |
| **Subject:** | 2:21-cv-09608-CAS-PVC New High Limited v. Global Merch Group, LLC |
| **Attachments:** | LA21cv009608CAS-TENTATIVE.pdf |

**Importance:** High

Dear counsel,

Attached hereto is the Court's Tentative on the Renewed Motion to Amend Judgment to Add Global Med Group, LLC Mapleton Capital, LLC and Daniel Guez as Judgment Debtors [66] for your review prior to the Zoom hearing this morning, January 6, 2025, at 10:00 a.m.

**PLEASE CONFIRM RECEIPT OF THIS EMAIL.**

**REMINDER:** Counsel shall appear on Zoom in Court attire, as you would in-person within the Courtroom. During the hearing, parties must identify themselves before they speak for the benefit of the Court and the Court Reporter. Only one person may speak at a time. While proceedings are underway and you are not speaking, please mute your audio so as not to disrupt the proceedings and to allow for better connection.

Thank you,
CJ



**CATHERINE JEANG**
COURTROOM DEPUTY FOR THE HONORABLE JUDGES
CHRISTINA A. SNYDER AND DEAN D. PREGERSON
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL DISTRICT COURT
350 West 1st Street STE 4311
Los Angeles, CA 90012-4565
Office: (213) 894-3433    Fax: (213) 894-0375
Email: Catherine_Jeang@cacd.uscourts.gov

**This email message contains information that is confidential. If you are not the intended recipient of this message, please notify the sender and delete all copies.**