# EXHIBIT 31

**Lauren Thomas**

---

**From:**      cacd_ecfmail@cacd.uscourts.gov
**Sent:**      Wednesday, January 8, 2025 12:34 PM
**To:**        ecfnef@cacd.uscourts.gov
**Subject:**   Activity in Case 2:21-cv-09608-CAS-PVC New High Limited v. Global Merch Group, LLC Order on Motion to Amend/Correct

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 1/8/2025 at 12:33 PM PST and filed on 1/6/2025
**Case Name:**       New High Limited v. Global Merch Group, LLC
**Case Number:**     2:21-cv-09608-CAS-PVC
**Filer:**
**WARNING: CASE CLOSED on 07/21/2022**
**Document Number:** 75

**Docket Text:**
**ZOOM HEARING RE: RENEWED MOTION TO AMEND JUDGMENT TO ADD GLOBAL MED GROUP, LLC,MAPLETON CAPITAL, LLC, AND DANIEL GUEZ JUDGMENT DEBTORS (Dkt. 66, filed on November 5, 2024) by Judge Christina A. Snyder: The Court GRANTS New High's renewed motion to amend the judgment. IT IS SO RDERED. (shb)**

**2:21-cv-09608-CAS-PVC Notice has been electronically mailed to:**

Taylor C Foss    info@onellp.com, tfoss@onellp.com, alooper@onellp.com, vsoriano@onellp.com, nlichtenberger@onellp.com, lthomas@onellp.com

Christopher Spencer Skinner    info@onellp.com, alooper@onellp.com, vsoriano@onellp.com, nlichtenberger@onellp.com, lthomas@onellp.com, cskinner@onellp.com

Robert D Hunt    info@onellp.com, alooper@onellp.com, rhunt@onellp.com, vsoriano@onellp.com, nlichtenberger@onellp.com, lthomas@onellp.com

1

Michael A Bowse    mbowse@bowselawgroup.com

Lawrence J. Hilton    info@onellp.com, alooper@onellp.com, lhilton@onellp.com, vsoriano@onellp.com, nlichtenberger@onellp.com, lthomas@onellp.com

**2:21-cv-09608-CAS-PVC Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**