LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
ROBERT D. HUNT (Bar No. 247802)
Email: rhunt@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Judgment Creditor,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation, | Case No. 2:21-cv-09608-CAS-PVC |
| | Hon. Christina A. Snyder |
| Plaintiff, | |
| v. | **DECLARATION OF ROBERT D. HUNT IN SUPPORT OF OPPOSITION TO JUDGMENT DEBTORS DANIEL GUEZ AND GLOBAL MED GROUP, LLC'S MOTION TO VACATE AND SET ASIDE AMENDED JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(4)** |
| GLOBAL MERCH GROUP, LLC, a Nevada limited liability company, | |
| Defendant. | |
| | Date:    June 29, 2026 |
| | Time:    10:00 a.m. |
| | Crtrm:  8D |

**DECLARATION OF ROBERT D. HUNT IN SUPPORT OF OPPOSITION TO MOTION TO VACATE AND SET ASIDE AMENDED JUDGMENT**

I, Robert D. Hunt, declare as follows:

1.　　I am an attorney duly licensed to practice before this Court. I am a partner of One LLP, and counsel of record for Plaintiff and Judgment Creditor New High Limited ("New High") in this action.  I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2.　　Since the Amended Judgment (Dkt. No. 76) was entered, I have billed a total of 72.6 hours in connection with enforcement of the judgment in this action.  In addition, based on my time entries to date for the present month of June 2026 for this action, I have spent at least an additional 38.5 hours researching and drafting the Opposition to Daniel Guez and Global Med Group, LLC's Motion to Vacate the Amended Judgment and supporting documents.  I anticipate that I will need to spend another 3 hours preparing for and attending the hearing on the Motion to Vacate. Together, these hours total 114.1.

3.　　My hourly rate for this action is $375, which is less than my typical hourly rate.  This rate is very reasonable given my experience and background, the complexity of this case, and the rates of my peers in the Los Angeles County, California market area.  I obtained my J.D. degree from Stanford Law School in 2006, graduating With Distinction.  I was an executive editor of the *Stanford Law Review*.  I have at least 19 years of experience in civil litigation as a practicing attorney, in both state and federal courts and in arbitrations.  I specialize in complex litigation matters, including but not limited to matters involving fraud claims, breach of contract claims, real property claims, and breach of fiduciary duty claims.  I was recognized as a Southern California "Rising Star" by *Super Lawyers Magazine* and *Los Angeles Magazine* from 2013 to 2016.  I was an associate and then counsel at O'Melveny & Myers LLP in Los Angeles from 2006 to 2014.  I have been a partner at One LLP since 2014, working out of One LLP's Newport Beach office.

2

**DECLARATION OF ROBERT D. HUNT IN SUPPORT OF OPPOSITION TO MOTION TO VACATE AND SET ASIDE AMENDED JUDGMENT**

4.      Based on my current hourly billing rate of $375 in this action, my combined 114.1 hours total at least $42,787.50 in attorneys' fees.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of June, 2026, at Newport Beach, California.


/s/ Robert D. Hunt
Robert D. Hunt

3

**DECLARATION OF ROBERT D. HUNT IN SUPPORT OF OPPOSITION TO MOTION
TO VACATE AND SET ASIDE AMENDED JUDGMENT**