LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
ROBERT D. HUNT (Bar No. 247802)
Email: rhunt@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff and Judgment Creditor,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MERCH GROUP, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:21-cv-09608-CAS-PVC<br>Hon. Christina A. Snyder<br><br>**DECLARATION OF DERRICK TAYLOR IN SUPPORT OF JUDGMENT CREDITOR NEW HIGH LIMITED'S OPPOSITION TO JUDGMENT DEBTORS DANIEL GUEZ AND GLOBAL MED GROUP, LLC'S MOTION TO VACATE AND SET ASIDE AMENDED JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(4)**<br><br>Date:     June 29, 2026<br>Time:    10:00 a.m.<br>Crtrm:  8D |

**DECLARATION OF DERRICK TAYLOR**

I, Derrick Taylor, declare as follows:

1.     I am over the age of eighteen years old and I am not a party to this action.  I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2.     I am a licensed Private Investigator (CA PI #188750) and the President of DBM Private Investigator LLC ("DBM"), which is a company that provides private investigation and service of process services.

3.     In November and December of 2024, Plaintiff New High Limited's ("New High") attorneys at One LLP engaged DBM to locate and serve Daniel Guez and his company Global Med Group, LLC ("Global Med") with New High's Renewed Motion to Amend Judgment and supporting documents. I was provided with several addresses that they believed, based on other investigative sources, could be Mr. Guez's and Global Med's addresses. One of the identified addresses was 2419 E 28th St, Vernon, CA, 90058.  I tried that address, which was a work address, but the parking lot was empty.

4.     One of the other identified addresses was 11401 Ayrshire Road, Los Angeles, CA 90049 (the "Ayrshire Road Address").

5.     In December of 2024, I visited the Ayrshire Road Address and saw a black Audi parked in the driveway, with CA plate number 8KMM989.  I ran a DMV report on that Audi, and it showed that Daniel Guez was the registered owner. Attached hereto as Exhibit 1 is a true and correct copy of a photo that I took of his Audi parked at the Ayrshire Road Address on December 4, 2024.  Attached hereto as Exhibit 2 is a true and correct copy of a DMV Vehicle Registration Report for his Audi dated December 6, 2024.

6.     On several occasions in late November and early December of 2024, my team and I attempted to serve Daniel Guez and his company Global Med with Plaintiff's Renewed Motion to Amend Judgment and supporting documents at the Ayrshire Road Address.  Finally, on December 6, 2024, we served the documents on

2

**DECLARATION OF DERRICK TAYLOR**

Daniel Guez and his company Global Med via substitute service by leaving them with Amy Guez at the Ayrshire Road Address.

7.    As indicated in the Proof of Service that New High's attorneys filed with this Court, the documents that we delivered on December 6, 2024 to Amy Guez included, but were not limited to, the Memorandum of Points and Authorities In Support of Renewed Motion to Amend Judgment; the Declaration of Lawrence J. Hilton In Support of Renewed Motion to Amend Judgment and the Exhibits A-E; the Proposed Amended Judgment; and the Court's Order on Ex Parte Application for Order Continuing Hearing on Plaintiff's Renewed Motion to Amend Judgment to Add Global Med Group, LLC, Mapleton Capital, LLC, and Daniel Guez as Judgment Debtors.

8.    The next day, we also mailed those documents by first-class mail, postage prepaid to Daniel Guez and Global Med at the Ayrshire Road Address.

9.    The Proofs of Service have been filed in this action at Dkt. Nos. 71 and 72.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of June, 2026, at Irvine, California.

_____
Derrick Taylor

3
**DECLARATION OF DERRICK TAYLOR**