# EXHIBIT 2

```
SEQ:1828492            REF:
CUST#:OL03988 OV      AGENT: DERRICK TA      REC DATE: 12/06/24 TIME:  2:07PM
-----------------------------------------------------------------------------
                    ON-LINE VEHICLE RECORD FOR THE STATE OF CA
-----------------------------------------------------------------------------
ITEM REQUESTED: 8KMM989
-------------------------------BASIC RECORD----------------------------------
LICENSE: 8KMM989            VEH ID NO: WA1LAAF76KD037614

MODEL YEAR: 19   MAKE/BUILDER: AUDI    POWER/FUEL: G - GAS
VLF CLASS: SA ($65,600 TO $65,799.99)    LEG OWNER CD: 8

DATE EXPIRES:   06/16/25               REGISTRATION ISSUE DATE: 09/06/24
SOLD/PURCHASED: 00/00/19               OWNERSHIP ISSUE DATE:    11/14/22

BODY CODE: 0 - UTILITY
BODY TYPE MODEL: UT - UTILITY
TYPE LICENSE: 11 - REGULAR AUTO
TYPE VEHICLE: 12 - AUTOMOBILE-USED
----------------------------REGISTERED OWNER--------------------------------
GUEZ DANIEL S
-------------------------------LEGAL OWNER----------------------------------
AUDI FNCL SVS
1401 FRANKLIN BLVD
LIBERTYVILLE
IL  60048
-----------------------------RECORD STATUS----------------------------------
03/28/24 SMOG DUE 06/16/27
LIENHOLDER PAPERLESS TITLE  U90221117
PARKING VIOLATIONS ON FILE:
CITATION #        VIODATE   COURT BAIL STAT  LICENSE  DISPDATE ADD-DATE
W201614438        04/20/24  19347  137       8KMM989           08/14/24
W200314721        05/03/24  19347  137       8KMM989           08/14/24
W202512078        05/04/24  19347  137       8KMM989           08/14/24
11/01/2022-ODOMETER:    19,482 MILES ACTUAL MILEAGE
---------------------------FEE CALCULATION----------------------------------
ESTIMATE ONLY!  Based on information received from DMV.  It does not include
                transfers, duplicates, etc.  We make no representation or
                warranties, either expressed or implied, regarding the
                currentness, accuracy and/or completeness of any data.

NO FEES CURRENTLY DUE BASED ON REGISTRATION DUE DATE OF 06/16/2025.
==============================END OF RECORD=================================
```