LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
ROBERT D. HUNT (Bar No. 247802)
Email: rhunt@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Judgment Creditor,
NEW HIGH LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MERCH GROUP, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:21-cv-09608-CAS-PVC<br>Hon. Christina A. Snyder<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO JUDGMENT DEBTORS DANIEL GUEZ AND GLOBAL MED GROUP, LLC'S MOTION TO VACATE AND SET ASIDE AMENDED JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(4)**<br><br>Date:     June 29, 2026<br>Time:    10:00 a.m.<br>Crtrm:  8D |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ORDER TO APPEAR FOR EXAMINATION**

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff and Judgment Creditor New High Limited ("New High") hereby requests that the Court take judicial notice of the following:

1.      Notice of Judgment Lien (JL-1) filed with the California Secretary of State on January 17, 2025, a true and correct copy of which is attached hereto as Exhibit A; and

2.      Abstract of Judgment as to Daniel Guez recorded in the official records of the Los Angeles County Registrar-Recorder/County Clerk on January 28, 2025, a true and correct certified copy of which is attached hereto as Exhibit B.

A court may take judicial notice of facts or documents if they are "'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned' under Rule 201(b)(2)."  *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (citation omitted); *see also Carlson Produce, LLC v. Clapper*, No. 18-cv-07195-VKD, 2022 U.S. Dist. LEXIS 130523, at *5-6 (N.D. Cal. July 22, 2022) (taking judicial notice of corporate records filed publicly with the California Secretary of State); *Paralyzed Veterans of Am. v. McPherson*, No. C 06-4670 SBA, 2008 U.S. Dist. LEXIS 69542, at *17-18 (N.D. Cal. Sep. 8, 2008) ("'Public records and government documents are generally considered not to be subject to reasonable dispute . . . . This includes public records and government documents available from reliable sources on the Internet.'") (citing *United States ex rel. Dingle v. BioPort Corp.*, 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003)).

Exhibit A is a UCC-1 Judgment Lien filed with the California Secretary of State, and which is publicly available by searching its online database. Exhibit B is a document recorded in the official records of the Los Angeles County Registrar-Recorder/County Clerk. Thus, the accuracy of these documents "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned" (Fed R. Evid. 201(b)), and therefore they may be judicially noticed by this Court.

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO VACATE AND SET ASIDE AMENDED JUDGMENT**

WHEREFORE, New High requests that the Court take judicial notice of the above documents.

Dated: June 8, 2026                           **ONE LLP**

                                    By: /s/ Lawrence J. Hilton
                                        Lawrence J. Hilton
                                        Robert D. Hunt
                                        Attorneys for Plaintiff and Judgment
                                        Creditor New High Limited

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO
VACATE AND SET ASIDE AMENDED JUDGMENT**