# EXHIBIT A

  

U250104321823



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**NOTICE OF JUDGMENT LIEN (JL 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U250104321823

Date Filed: 1/17/2025

**Submitter Information:**

| | |
|---|---|
| Contact Name | Lauren Thomas |
| Organization Name | One LLP |
| Phone Number | (949) 432-9991 |
| Email Address | lthomas@onellp.com |
| Address | 23 CORPORATE PLAZA SUITE 150-105 NEWPORT BEACH, CA 92660 |

**Judgment Debtor Information:**

| Judgment Debtor Name | Mailing Address |
|---|---|
| Daniel Guez | 11401 Ayrshire Rd. Los Angeles, CA 90049 |
| Global Merch Group, LLC | 6671 S Las Vegas Blvd. D210 Las Vegas, NV 89119 |
| Global Med Group, LLC | 11401 Ayrshire Rd. Los Angeles, CA 90049 |
| Mapleton Capital, LLC | 6671 S Las Vegas Blvd. D210 Las Vegas, NV 89119 |

**Judgment Creditor Information:**

| Judgment Creditor Name | Mailing Address |
|---|---|
| New High Limited | Hong Kong 755 Nathan Road Flat A/10f Prince Edward, Hong Kong, HKSAR 999077 |

**Judgment Information:**

| | |
|---|---|
| A. Name of Court Where Judgment Was Entered | US District Court, Central District of California |
| B. Title of the Action | New High Limited v. Global Merch Group, LLC |
| C. Case Number | 2:21-cv-09608-CAS-PVC |
| D. Date Judgment Was Entered | 01/10/2025 |

| E. Date(s) of Subsequent Renewal of Judgment (if any) |
|---|
| None Entered |

| | |
|---|---|
| F. Date of This Notice | 01/17/2025 |
| G. Amount Required to Satisfy Judgment at This Date of Notice | $2,740,944.52 |

All property subject to enforcement of a Money Judgment against the Judgment Debtor to which a Judgment Lien on personal property may attach under Section 697.530 of the Code of Civil Procedure is subject to this Judgment Lien.

**Declaration and Signature:**

| | |
|---|---|
| Declaration: | I am the Attorney of Record for the Judgment Creditor. |

Certificate Verification No.: 464566324 Date: 06/01/2026

B3364-6301 01/17/2025 4:09 PM Received by California Secretary of State

☒  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Lawrence J. Hilton*                                                          *01/17/2025*

Sign Here                                                                       Date

B3364-6302 01/17/2025 4:09 PM Received by California Secretary of State

Certificate Verification No.: 464566324 Date: 06/01/2026



# Secretary of State

**Business Programs Division**

1500 11th Street,  Sacramento, CA 95814

ONE LLP
LAUREN THOMAS
, CA

Request Date:     06/01/2026 11:27 AM
Information
Request No.:              U260040012417
Certification No.:            464566324

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested.  The results of this Debtor search will not reflect variances of this name.  If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted.  The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

## Search Criteria:

Debtor File Number: U250104321823
Request Type:  Lien Information Request (UCC 11)
Active (Unlapsed Records Only), List and All Copies

---

Lien Listing

---

**Lien File No.: U250104321823**          **Filed: 01/17/2025 04:09 PM**          **Lapse: 01/17/2030 11:59 PM**
Lien Type:     Judgment Lien

Debtor(s):          DANIEL GUEZ, 11401 AYRSHIRE RD., LOS ANGELES, CA  90049
                    GLOBAL MERCH GROUP, LLC, 6671 S LAS VEGAS BLVD., D210 LAS VEGAS, NV  89119
                    GLOBAL MED GROUP, LLC, 11401 AYRSHIRE RD., LOS ANGELES, CA  90049
                    MAPLETON CAPITAL, LLC, 6671 S LAS VEGAS BLVD., D210 LAS VEGAS, NV  89119

Secured Party(s):  NEW HIGH LIMITED, 755 NATHAN ROAD FLAT A/10F HONG KONG

Certification No.:  464566324

Page Count:  4

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgment liens, including any change documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers and are on file in my office as of **05/28/2026 11:59 PM**.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on June 1, 2026.

**Secretary of State**