# EXHIBIT B

**This page is part of your document - DO NOT DISCARD**





## 20250056152



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**01/28/25 AT 02:59PM**

| | |
|---|---|
| FEES: | 34.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 109.00 |



**LEADSHEET**



202501281900032

00025189451



015113678

**SEQ:**
**01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E642432

RECORDING REQUESTED BY

NAME: Lauren Thomas

WHEN RECORDED MAIL TO:

NAME: One LLP

ADDRESS: 23 Corporate Plaza, Suite 150-105

CITY/STATE/ZIP: Newport Beach, CA 92660

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

01/28/2025

*20250056152*

(SPACE ABOVE FOR RECORDER'S USE)

## ABSTRACT OF JUDGMENT/ORDER
### (DOCUMENT TITLE)

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

ORIGINAL

*WHEN RECORDED MAIL TO:*

One LLP
Attn: Lauren Thomas
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NEW HIGH LIMITED, a Hong Kong corporation,

PLAINTIFF(S),

v.

GLOBAL MERCH GROUP, LLC, a Nevada
limited liability company,

DEFENDANT(S).

CASE NUMBER:

CV 21-09608-CAS-PVC

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on January 10, 2025
in favor of New High Limited
whose address is Flat A, 10/f., Hop Ying Commercial Centre, 755 Nathan Road, Kowloon, Hong Kong
and against Daniel Guez ✳
whose last known address is 11401 Ayrshire Rd., Los Angeles, CA 90049 ✳
for $2,539,603.86          Principal,    $203,649.07          Interest,    $402.00          Costs,
and $1,200.00          Attorney Fees.

ATTESTED this _____27th_____ day of _____January_____, 20 25
Judgment debtor's driver's license no. and state; 5280, California          (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number; 3809          (last 4 digits) ☐ Unknown.
☒  No stay of enforcement ordered by Court
☐  Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

11401 Ayrshire Rd.

Los Angeles, CA 90049

CLERK, U.S. DISTRICT COURT

1264

By _____
Deputy Clerk

**JASON JIANG**

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)          ABSTRACT OF JUDGMENT/ORDER



This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

JUN 1 2026

DOCUMENT #  20250056152

REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

